AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

**LODGED**
CLERK, U.S. DISTRICT COURT
**9/25/2023**
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ CO ___ DEPUTY

for the

Central District of California

United States of America

v.

JONATHAN LIPMAN,

Defendant(s)

**FILED**
CLERK, U.S. DISTRICT COURT
**9/25/2023**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ts _____ DEPUTY

Case No.    2:23-mj-04908-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 1, 2023 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 (c) | Threat by interstate communication |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/S/ Jacob Tomes, Special Agent FBI*
*Complainant's signature*

_____
Jacob Tomes, Special Agent FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   **September 25, 2023**          _____
*Judge's signature*

City and state:   Los Angeles, California     Hon. Stephanie Christensen, U.S. Magistrate Judge
*Printed name and title*

AUSA: Alix McKenna (x6166)

<u>**AFFIDAVIT**</u>

I, JACOB TOMES, being duly sworn, declare and state as follows:

## I.   <u>PURPOSE OF AFFIDAVIT</u>

1.    This affidavit is made in support of a criminal complaint against Jonathan LIPMAN ("LIPMAN") for a violation of 18 U.S.C. § 875(c): threat by interstate communication.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, all amounts or sums are approximate, and all dates and times are on or about those indicated.

## II. <u>BACKGROUND OF AFFIANT</u>

3.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since February 2023.  I am currently assigned to a criminal threats squad located at the Joint Regional Intelligence Center in Norwalk, California.  While assigned to the criminal threats squad, I have investigated crimes such as threats, stalking, harassment, and school shooting threats.  I have developed expertise in assessing threats to determine their validity, seriousness, and imminence.

4.   I have been employed as a sworn law enforcement officer for five years, serving with the City of Fullerton Police Department, City of Menifee Police Department, and the Federal Bureau of Investigation.  As a sworn Police Officer and FBI Special Agent, I have investigated a wide range of crimes to include narcotics trafficking, kidnappings, firearms violations, gang crimes, court order violations, sex crimes, elder and child abuse, homicides, robberies, attempted murder, and others.  I have led numerous investigations in which I have prepared search warrant affidavits and successfully led the authorized searches at various locations.

### III.  SUMMARY OF PROBABLE CAUSE

5.   In May of 2022, Jonathan LIPMAN ("LIPMAN"), a Los Angeles resident, posted threatening content on a Facebook page belonging to the Lacey Township Police Department ("LTPD") in the State of New Jersey from an account under his own name.  As a result, LTPD filed for a temporary extreme risk protective order to prevent LIPMAN from possessing firearms.  On July 8, 2022, Lacey Township Municipal Court Judge Benjamin Mabie signed the temporary order.  The following day, a Los Angeles Police Department ("LAPD") officer served the order on LIPMAN at his residence in Los Angeles, California.  On January 31, 2023, New Jersey Superior Court Judge Kim Marie Rahill signed a Final Extreme Risk Protective Order, which succeeded the temporary order and prohibited LIPMAN from possessing firearms.

6.   Beginning on or around February 1, 2023, LIPMAN started sending hundreds of harassing and threatening emails to

New Jersey public officials, including Lacey Municipal Judge
Mabie, Oceanport Municipal Judge Patti, Lacey Township Official
Bruce Padilla, Ocean Superior Court Judge Rahill, and several
others.  In many of these emails, LIPMAN wrote in explicit
detail how LIPMAN hoped the aforementioned public officials
would die painful, gruesome, and violent deaths.

7.   In one email that LIPMAN sent on February 1, 2023,
LIPMAN sent Judge Rahill a picture of what appeared to be a
lever action shotgun.  The Subject Line of the email read "Is a
photo illegal?" and the body of the email was blank, other than
the picture of the gun and a winky face emoji: " ;) ".

8.   On July 13, 2023, LAPD Detective Cao made contact with
LIPMAN at his residence in Los Angeles and spoke to him
regarding the threatening emails he had been sending.  LIPMAN
told Detective Cao that he would continue to send emails.  Less
than two weeks later, LIPMAN sent Judge Rahill another 11
threatening emails explaining how he would like to see her die.
As of September 22, 2023, LIPMAN had sent approximately 400
emails to the aforementioned public officials, a majority of
which contain content that is threatening, violent, and/or
harassing in nature.

9.   On September 7, 2023, special agents obtained a
warrant (2:23-MJ-04563) to search LIPMAN'S residence in Los
Angeles.  The warrant was executed on September 15, 2023.
During the search of LIPMAN'S residence, a Samsung T7 memory
device was seized which contained email records sent from the
account jlipman52@gmail.com, one of the email addresses

previously used to send harassing messages to New Jersey officials.  Several documents were also seized, one of which contained the writing: "If I want to put Judge Kimarie Rahill's head on a mantle all I need is a photo of her and a picture frame."

10.   During the search of LIPMAN'S residence, SA Tomes advised LIPMAN that the communications sent by LIPMAN to New Jersey public officials were likely a violation of federal law and that all communications from LIPMAN to the involved public officials needed to cease.  Despite this advisement, LIPMAN sent a series of 6 emails to Judge Rahill, Judge Mabie, Judge Patti, and other recipients on September 21, 2023, from the email address jlipman52@gmail.com.  On September 22, 2023, LIPMAN sent an additional series of 10 emails to Judge Rahill, Judge Mabie, Judge Patti, and the federal judge who ordered the search warrant of LIPMAN'S residence, again from the email address jlipman52@gmail.com.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

11.   The information below is based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation.

### A.   Background: LIPMAN Begins Harassing New Jersey Officials with Violent Emails

12.   On July 7, 2023, I was assigned a criminal threats and stalking case which had been reported to the FBI by the New Jersey Court and Judicial Security Unit ("New Jersey Court Security").  I spoke to and received documents from several

individuals at the New Jersey Court Security including Chief Robin Morante, Judicial Risk Assessment Manager James Pisano, and Security Programs Coordinator Katherine Grzeda.  I reviewed a report authored by New Jersey State Police Department ("NJSP") Detective D. Harrison who had been investigating LIPMAN for the same series of ongoing criminal threats and stalking conducted by LIPMAN against several public officials in New Jersey.

13.  I know from my conversations with New Jersey Court Security personnel and review of documents provided by NJSP and New Jersey Court Security that around May 3, 2022, a user with the name "Jonathan Lipman" posted threatening content on the Facebook page belonging to the Lacey Township Police Department ("LTPD") in the State of New Jersey.  In these Facebook posts, Lipman made statements such as "You and your officers an[d] their families will regret your continued cover up", "Gary quinn doesn't belong on a plaque. He belongs on someones mantle", "They and their families lives don't matter. The world would be better off it officers like Dallas Gant were removed from the planet," and "Their children will pay."

14.  I know, based on my review of the Extreme Risk Protective Order, that LTPD subsequently filed for a Temporary Extreme Risk Protective Order in the State of New Jersey, which was signed by Lacey Township Municipal Court Judge Benjamin Mabie on July 8, 2022.  The protective order required LIPMAN to surrender any firearms and ammunition in his possession and prohibited LIPMAN from purchasing any additional firearms.

15.  I know, according to New Jersey Court Security personnel, that during court proceedings for the Extreme Risk Protective Order, LIPMAN was residing in Los Angeles, California and was attending online virtual court hearings.  LIPMAN had previously been a resident of New Jersey.

16.  I know, based on my conversations with New Jersey Court Security and Los Angeles Police Department officers, that once the temporary order was granted, New Jersey Court Security sent service documents to LAPD.  LAPD Officer T. Nguyen served LIPMAN with the Extreme Risk Protective Order at his residence located at 1247 Amherst Avenue, Apartment 1, Los Angeles, CA 90025 on July 9, 2022.  A search for firearms was not conducted and LIPMAN did not surrender any firearms to LAPD at that time.

17.  A California DMV records check revealed that LIPMAN has a 2014 Hyundai with a license plate number of 7FZF800 registered to him with an address of 1247 Amherst Avenue, Apartment 1, Los Angeles, CA (i.e., the Subject Premises).

18.  I know based on my review of the Final Extreme Risk Protective order that the Final Extreme Risk Protective Order was granted and signed by Superior Court Judge Kim Marie Rahill on January 31, 2023.  This Final Extreme Risk Protective Order was granted to supersede and replace the previous Temporary Extreme Risk Protective Order.  As of the date of this filing, the restraining order is current and will remain in place indefinitely until or unless a petition is filed by LIPMAN to vacate the order.  I know based upon my review of email correspondence between LIPMAN and Erin Caulfield that LIPMAN

received notice of his court hearings and was provided with instructions on how to participate in the virtual court hearings.

19.  I know based on my conversations with New Jersey Court Security personnel and review of emails that after the court proceedings for the protective order, LIPMAN began sending an extensive series of emails to several public officials, court employees, judges, and LTPD police officers.

20.  LIPMAN emailed[1] threatening messages directly to or mentioned the following individuals in the emails: Ocean Superior Court Judge Kim Marie Rahill, Lacey Municipal Judge Benjamin Mabie, Ocean County Commissioner Gary Quinn, Attorney Bruce Padula, Probation Officer Erin Caulfield, Municipal Court Judge John Patti, Oceanport Police Chief Michael Kelly, LTPD Police Officer C. Kenney, LTPD Police Officer D. Gant, and other miscellaneous individuals. I was provided with copies of approximately 400 of these emails by New Jersey Court Security and have reviewed them. LIPMAN sent these emails from several email accounts to include jlipman52@gmail.com, rentpoetfraud@gmail.com, ocjudgesarecapitalistliars@gmail.com, and laceyviolatesconstitution@gmail.com.

21.  In many of these emails, LIPMAN either included the signature "Jonathan Lipman" in the body of the emails, mentioned

---

[1] As detailed below, I know that LIPMEN sent these emails because I received them from New Jersey Court security and have reviewed them.  Many of the emails were personally signed and a records check of the emails showed that he was the subscriber for two of the emails accounts, including jlipman52@gmail.com, the primary account he used to send the emails.

"Jonathan Lipman" by name, responded to official court correspondence, or in one instance sent a photograph of himself in the email, indicating that the email addresses belong to and/or were operated by LIPMAN.  Specifically, LIPMAN emailed Judge Rahill approximately 6 times on February 4, 2023, approximately 3 times on March 28, 2023, approximately 11 times on July 23, 2023, and on several other dates.  LIPMAN also emailed Judge Patti, Chief Kelly, Bruce Padula, and other recipients approximately 96 times on July 25, 2023 and Officers Kenny and Gant approximately 32 times on July 9 and 10 of 2023. LIPMAN sent hundreds of other emails to these recipients and others from approximately February 1, 2023 up to at least September 22, 2023.  LIPMAN's initial emails contained explanations as to why LIPMAN felt his constitutional rights had been violated by the aforementioned individuals during his Extreme Risk Protective Order court proceedings. As described below, the emails quickly turned threatening in nature and included graphic and violent descriptions of how LIPMAN prayed, desired, wished, and fantasized for the aforementioned individuals to die.

**B.    LIPMAN Threatens New Jersey Judge Rahill on February 1, 2023**

22.   On February 1, 2023, LIPMAN sent an email to Judge Kimarie Rahill from the email address "jiplman52@gmail.com" with the subject line "Is a photo illegal?"  The body of the email only included the text " ;) " (winking emoticon) and a picture

of what appears to be a lever action shotgun. The following is
the photograph that was sent:



The email was signed "Jonathan Lipman" at the end of the email.
Based on my training and experience, the firearm in the
photograph appeared to be real with no features to indicate that
the firearm was fake; however, it is impossible to determine
without physically examining the firearm and Lipman later told
law enforcement officers that it was not real.  A reverse image

search of the shotgun was conducted by SA Tomes and received
negative results, indicating that LIPMAN had likely taken the
photograph of the shotgun himself.  Judge Rahill received the
disturbing email which was subsequently forwarded to New Jersey
Court Judicial Security Unit.

    23.  According to New Jersey Court Security, on the same
day that LIPMAN sent the email to Judge Rahill depicting the
firearm (February 1, 2023), LIPMAN also left a voice message on
Erin Caulfield's telephone, stating that the message was for
Caulfiend and Judge Rahill and saying, "it's a shame there are
kids that get shot up in schools instead of you people."

    24.  I know from a report authored by NJSP Detective
Harrison that around February 1, 2023, Detective Harrison
interviewed LIPMAN via LIPMAN's telephone.  Detective Harrison
indicated in his report that LIPMAN'S phone number was (609)
618-2597.  Detective Harrison asked him about the picture of the
shotgun LIPMAN had emailed to Judge Rahill.  LIPMAN told
Detective Harrison that he was exercising his first amendment
rights, that firearm seen in the image was just a "prop", and
that LIPMAN does not own firearms.  LIPMAN sent Detective
Harrison a copy of LIPMAN's California Driver's License and
confirmed his identity.

    **C.   LIPMAN Continues to Harass Government Officials with
         Violent Emails after the February 1 Threat**

    25.  According to New Jersey Court Judicial Security Unit
reports, around February 23, 2023, Judge Rahill's neighbor
(E.O.), received a voicemail from LIPMAN using telephone number

(609) 618-2597 that stated, among other things, "I don't know if you are Kimarie Rahill's neighbor but if you are you are in danger. She has violated my rights and will do the same to you. She also does not believe in the constitution, which is also a danger". LIPMAN has no known association with E.O.  New Jersey Court Security expressed concern that LIPMAN appeared to be researching the home address of Judge Rahill and her neighbor, and subsequently made an unsolicited phone call to E.O. According to NJSP reports, the telephone number (609) 618-2597 was verified to be LIPMAN'S telephone number based upon NJSP's prior contact telephonic contact with LIPMAN.

26.   Around February 27, 2023, Carol Smith; the court administrator for Judge Patti, along with James Butler and Bruce Padula, all received an email from LIPMAN sent from the email address jlipman52@gmail.com containing a photograph of LIPMAN with a white rope noose around his neck. In the photograph, LIPMAN is seen holding an iPhone. The email contained the signature "Jonathan Lipman".

27.   Around March 28, 2023, LIPMAN sent Judge Rahill three emails from the email address jlipman52@gmail.com. In one of the emails, LIPMAN wrote "But as you struggle to breath or what ever consequence your selfish little life befalls you body and betrays your existence, you will remember me. You concerns about where you are headed are warranted. Some call it hell". The email was signed "Jonathan Lipman".

28.   Around April 3, 2023, and April 5, 2023, LIPMAN sent approximately 8 emails from the email address

jlipman52@gmail.com to various recipients including Judge
Rahill, Chief Kelly, Judge Patti, and Bruce Padula. In one email
sent to Chief Kelly, Bruce Padula, John Patti, and others,
LIPMAN wrote "just saying the world would be better off if you
and your children were kidnapped, imprisoned, and then put in a
gas chamber".  Several of these emails were signed "Jonathan
Lipman" in the body of the emails.

29.  Around April 7, 2023, an email titled "Bigoted Judges
the world would be better off being removed from existence" was
sent to Judge Rahill and several other recipients from the email
address ocjudgesarecapitalistliars@gmail.com.  The author refers
to Jonathan Lipman several times in the body of the email and
writes in the same style as LIPMAN'S other emails. For these
reasons, it is believed LIPMAN is the author of this email. In
the email, the author writes "We are watching you judges" and
"You will regret it."

30.  Around June 7, 2023, and June 30, 2023, LIPMAN sent
approximately 17 emails from the email address
jlipman52@gmail.com to various recipients including Bruce
Padula, Judge Patti, and Chief Kelly. In one email sent on June
30, 2023, LIPMAN wrote "The world would be better off if Bruce
died a painful death as his wife and children helplessly
watched, I pray his blood is splattered all over his family so
they can pay for his sins too" and "Michael Kelly, I pray he is
ran over in a traffic stop. The world would be better off if
chief Michael Kelly became one with the pavement like a crushed

bug". Several of these emails were signed "Jonathan Lipman" in the body of the emails.

31. Around June 30, 2023 LIPMAN sent an email to Judge Patti and other officials using the email address jlipman52@gmail.com stating "Most of all though, the world would be better off if John Patti was executed French Revolution style and his head was passed around for people to fuck with. Just to make a demonstration of what happens to people who trample on civil right."

32. Around July 9, 2023, and July 10, 2023, LIPMAN sent numerous emails from "jlipman52@gmail.com" signed "Jonathan Lipman" to LTPD Officers C. Kenney and D. Gant. In these emails LIPMAN made statements such as "Gary wuinns head will be on my mantle. It was always going to be a bobblehead. It will be on others mantles too", and "This time I made threats though. Which means as a California resident I should be charged with the federal crime of making terroristic threats", and "beheadings, cancer, bullets to the head. Im not god. Its not my decision. But whatever way that removes these terrible government employees who would make better corpses than people i pray god takes." Several of these emails were signed "Jonathan Lipman" in the body of the emails.

33. Around July 13, 2023, LAPD Detective Cao made contact with LIPMAN at his residence located at 1247 Amherst Avenue, Apartment 1, Los Angeles, CA 90025 (i.e., the "Subject Premises"). The address of 1247 Amherst Avenue, Apartment 1, Los Angeles, CA 90025 is also listed as Lipman's address on his

California Driver's License.  Detective Cao spoke to LIPMAN regarding the emails being sent to New Jersey public officials. LIPMAN stated he does not want to hurt anyone.  LIPMAN stated he was in control but was trying hard to "not cross over the line". Detective Cao asked LIPMAN if he would stop sending emails to public officials in New Jersey, to which LIPMAN stated if he was not going to be placed under arrest, he would continue to send emails.

34.  Around July 23, 2023, Judge Rahill received about 11 emails sent from "laceyviolatesconstitution@gmail.com". The emails appeared to have been sent by LIPMAN based upon the recipient, writing style, and nature of the emails. In the emails, the author wrote in explicit detail about how he prays and hopes Judge Rahill will die. In one email titled "knives over guns", the author stated "guns are too quick now I could be talking about in a movie or a tv show. I could be talking about in a book. I could be talking about a radio play".  In another email to Judge Rahill, the author wrote "Let us imagine Alexander Burr, Alexander Hamilton, Patrick Henry, James Madison, thomas paine, and John Jay, all gun owners who called for the execution of tyrants like Kimarie Rahill, breaking into kimarie Rahills house in the middle of the night and removing her at gun point", and "lets imagine kimarie rahill being dragged to the gallows", and "Then Kimarie Rahill is beheaded. Her head is placed on a stick. Her limbs and body parts sold as souvenirs."  The author then made the statement, "Now of course this is just a fantasy. No crime has ever been committed.

Nothing has been threatened. No threats had even been instituted".

35.   Around July 25, 2023, a series of emails was sent to Bruce Padula, Chief Kelly, Judge Patti, and other recipients from the email address rentpoetfraud@gmail.com. In one email, the author writes "You will never prove Jonathan Lipman wrote anything though.". On the same day, the author sent several violent and threatening emails including one email titled, "Bruce Padula is covering a knife attack on a jewish person". In the body of this email, the author writes "lets imagine the knife cutting deep as he begs and pleads to live and the person supposed to protect him does nothing.".  In another email sent from rentpoetfraud@gmail.com on the same day the author writes "but how would you all look if jonathan lipman snapped and killed someone in a 10 years because they couldn't handle Monmouth, ocean and new jersey governments persecuting them for seeking their first amendment right…".

36.   Around August 5, 2023, an email was sent from the email address rentpoetfraud@gmail.com to Judge Mabie, Judge Rahill, Officer Kenny, and various other recipients titled "A Violent Terroristic Threat". In the email, the author states "he is more likely to come to ocean county than Jonathan lipman… make sure to remove his right to own weapons. Don't just limit it to guns".

37.   Around August 9, 2023, an email was sent from the email address rentpoetfraud@gmail.com to Judge Mabie, Judge Rahill, Judge Patti, Chief Kelly, in which the author states

"Jonathan lipman has a right to die as the governments martyr just like jesus". The author of all these emails sent from rentpoetfraud@gmail.com wrote in the same style as other emails sent by LIPMAN, sent the emails to the same recipients, and mentioned LIPMAN by name in the body of the emails. For these reasons, it is believed the author of the emails sent from rentpoetfraud@gmail.com is LIPMAN himself.

38.   Around August 24, 2023, Judge Patti received about 28 voicemails from the telephone number (609) 618-2597, which according to NJSP belongs to LIPMAN. New Jersey Court Security provided me with recordings of the voicemails, and I reviewed them. In the voicemails, LIPMAN states repeatedly that "John Patti is a worthless bigot" for various reasons. In several voicemails LIPMAN states "John Patti is a worthless bigot the world would be better off without".  LIPMAN also explains in several voicemails that he does not have a right to directly threaten to harm Judge Patti, but he does have a right to say that he hopes and wishes death upon Judge Patti.

39.   On August 30, 2023, New Jersey Court Judicial Security Unit Chief Robin Morante contacted SA Tomes via email regarding an email subject Jonathan LIPMAN had sent on August 30, 2023. The email titled "the noose(ance) around my neck" had been sent from LIPMAN'S email address, jlipman52@gmail.com and was sent to Judge Benjamin Mabie, Judge Kim Rahill, Judge John Patti, Bruce Padula, Chief Michael Kelly, Commissioner Gary Quinn, James Butler, Carol Smith, Officer c. Kenny, as well as to other email addresses. In the email, LIPMAN sent a PDF attachment

titled "FBILAPDrestrainingorder.pdf". The PDF contained text in which the author writes, "I will be walking from my apartment down Wishire boulevard to the FBI headquarters with a rope tied around my neck as prop to force my selfish society to watch me as I walk presumably to my death. This is specifically designed to protest a society and its governments that would rather a person die than admit they misconducted themselves as a person or violated constitutional rights as a government." The email was signed "the Hanging Stranger" at the bottom of the document.

40.  LAPD Officers responded to LIPMAN'S residence in Los Angeles that day to conduct a welfare check.  When LAPD officers arrived, they made contact with LIPMAN through a security gate. LIPMAN refused to let LAPD Officers enter the gate and did not comply with their request to enter.

41.  On September 7, 2023, special agents obtained a warrant (2:23-MJ-04563) to search LIPMAN'S residence in Los Angeles which was executed on September 15, 2023.  During the search of LIPMAN'S residence, a Samsung T7 memory device was seized which contained email records sent from jlipman52@gmail.com, further confirming LIPMAN'S possession and use of the email account.  During the search of LIPMAN's residence, several documents were seized, one of which contained the writing:  "If I want to put Judge Kimarie Rahill's head on a mantle all I need is a photo of her and a picture frame."

42.  Notably, during the search of LIPMAN'S residence, LIPMAN was told that his repeated contacts with the public officials was likely a violate of federal law.  Specifically, SA

Tomes advised LIPMAN that the communications sent by LIPMAN to New Jersey public officials were likely a violation of federal law and that all communications needed to cease.  That admonishment was recorded.

43.  Despite this advisement, LIPMAN continued to send emails to public officials.  On September 21, 2023, LIPMAN sent 6 emails to several recipients including Judge Patti, Chief Kelly, Judge Rahill, Judge Mabie, Carol Smith, and Erin Caulfield.

44.  In one email sent from "jlipman52@gmail.com," titled "Attention Judge Rocconi (future hunger strike)", LIPMAN wrote "FUCK YOU MARGO ROCCONNI", "TAKE ME INTO CUSTODY OR I will make you arrest me for trespassing", and "you can apply time served to my corpse".

45.  In another email titled "Manifest, Oh maybe I shouldn't say that since the government", LIPMAN attached a PDF document titled "manifest, oh part 11387.pdf".  The PDF document contains writings to include "I will make a federal or California corrections facility finish the knife attack on me that has never been resolved", "I'd like all the governments involved in violating my constitutional rights in person at gunpoint", "I did search for the address of Kimarie Rahill", "I called kimarie rahills neighbor. I've probably called three neighbors throughout this protest", "I believe I searched for John Pattis address", among other things.

46.  These aforementioned quotes sent by LIPMAN show that LIPMAN admits he has searched for the address of Judge Rahill

and possibly the address of Judge Patti, and that he has called Judge Rahill's neighbor.  LIPMAN also admitted that he has sent government officials "3000" emails and that he will not stop unless the government admits to violating his rights.  LIPMAN also admitted to taking the photo of a firearm with the intention of having red flag laws used against him.

47.  On September 22, 2023, LIPMAN sent 10 emails from the email address "jlipman52@gmail.com" to various recipients including Judge Rahill.

48.  As of September 22, 2023, New Jersey Court Security provided me with, and I have reviewed, approximately 400 emails that LIPMAN sent to public officials between February 1, 2023 and September 22, 2023 using several email addresses including jlipman52@gmail.com, laceyviolatesconsitution@gmail.com, rentpoetfraud@gmail.com, and ocjudgesarecapitalistliars@gmail.com.  A majority of these emails --- including those referenced above --- contain content that is threatening, violent, or harassing in nature. In a majority of these emails and telephone calls, LIPMAN explains in varying levels of detail how he prays, desires, and wishes for these New Jersey public officials to die gruesome deaths. LIPMAN often qualifies his statements by writing that he is not violent and that these are not actually threats but rather fantasies.

As of September 22, 2023, LIPMAN continues to send threatening or harassing emails to public officials on a regular basis.  SA Tomes reviewed and confirmed LIPMAN has continued to

send emails to New Jersey public officials as of September 22, 2023.

## V.   <u>CONCLUSION</u>

42.   Based on the foregoing facts and opinions, and on my training and experience, I believe that there is probable cause to believe that LIPMAN violated 18 U.S.C. § 875(c): threat by interstate communication.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this   25 day of
September, 2023

_____
HON. STEPHANIE CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE