# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,** PLAINTIFF

v.

**Jonathan Lipman**, DEFENDANT.

- ☑ LA  ☐ RS  ☐ SA  ☐ UNDER SEAL
- CASE NUMBER: 2:23-mj-04908
- ☑ COMPLAINT  ☐ INFORMATION
- ☐ INDICTMENT  ☐ CLASS B MISDEMEANOR
- ☐ SUMMONS  ☐ OUT OF DISTRICT AFFIDAVIT
- ☐ PSA/ ☐ PO WARRANT  ☐ EXTRADITION
- ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT
- FILED: 9/25/2023   VIOLATION: 18:875
- DATE: 9/26/2023   TIME: 2:00 PM
- CourtSmart: 9/26/2023

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Stephanie S. Christensen

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**
- Deputy Clerk: Teagan Snyder
- Assistant U.S. Attorney: Joseph Guzman
- Interpreter / Language:

☐ INITIAL APPEARANCE NOT HELD-CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**

☑ Attorney: Morris, Kate L.  ☐ Retd.  ☑ Apptd.  ☐ Prev. Apptd.  ☑ DFPD  ☐ Panel  ☐ Poss. Contribution

☐ Ordered (see separate order)  ☐ Special appearance by: _____

☑ Contested detention hearing is held.

☑ Government's request for detention is: ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED

☑ Defendant is ordered: ☑ Permanently Detained  ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED  ☐ DENIED

☐ Preliminary Hearing waived.

☐ Class B Misdemeanor  ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT**  ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☑ Preliminary Hearing set for October 10, 2023 at 11:30 AM in Courtroom 696

☑ Post-Indictment Arraignment set for: October 16, 2023 at 11:30 AM in Courtroom 696

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED  ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED  ☐ DENIED

☐ Defendant executed Waiver of Rights.  ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____

  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By: _____ Deputy Clerk

  ☐ Warrant of removal and final commitment are ordered stayed until _____

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

RELEASE ORDER NO: _____

☐ Other: _____

cc: ☐ USPO   ☐ PSA   ☐ FINANCIAL   ☐ READY   Deputy Clerk Initials: TS