TRULINCS  79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S      2:23-CR - 00491

---

FROM: 79509510
TO:
SUBJECT: index
DATE: 12/05/2023 03:10:49 PM

Index of Documents:



FILED
CLERK, U.S. DISTRICT COURT

DEC -8 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Legal opening | 2 pages front and back |
| 1st Amendment/Spiritual Opening | 1 Page |
| Hunger Strikes Back | 1 Page |
| Record of Attempting Court Coorespondence | 1 Page |
| Typed Document explaining packet contents | 1 Page |
| Typed Issues with Law Library | 1 Page |
| Typed Document to Public Defenders office Refusing waiver or 6th amendment rights | 4 pages |
| Typed Document to Federal District Court | 6 pages |
| Handwritten Document read to magistrate at arraignment regarding Hunger Strikes | 2 Pages |
| Handwritten notes from Law Library on Constitution | 4 pages |
| Part of Law Library file on Westboro Baptist Church Supreme Court 2011 case | 6 pages front and back |
| Addendum typed | 1 page |
| Explanation for Emails | 1 Page |
| Emails sent in protest to Prison staff | 31 pages front and back |
| Emails explained | 1 page |
| Emails mostly copied by public defender for record | 35 pages |
| Handwritten motion for laptop copied by public defender | 1 page |
| General terms of release | 1 page |

*this document is both for court record, best interest for the defendant and "The people" and an exercise in first amendment rights.*

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S

---

FROM: 79509510
TO:
SUBJECT: opening to US District Court
DATE: 12/05/2023 12:59:03 PM

From and Back

US District Court,

I am attempting an appeal for as immediate as possible dismissal of the indictment for its lack of merit and the Federal US Attorneys Office failure to demonstrate in any way intent to harass, intimidate, or threaten another individual as the statute requires. All the US Government provides is words that could have multiple interpretations. The First amendment and rulings on words and first amendment speech claims seem to forbid the government from interpreting words without any actions.

I am attempting this appeal for immediate dismissal because as you will see in the ensuing packet, I cannot rely on the federal government to properly represent me. Even the federal government's public defenders office subverts my intents and constitutional rights against my stated will by going behind my back and continuing a trial I refused to continue on multiple occassions. I am attempting this appeal in a way that may not have been attempted before; in a way I am not sure the court would normally accept; in a way that could be used against me by the federal prosecutors office to ensure my guilt or in a way the federal district court could use to justify a harsher sentence.

I ask in the least the court reviews all discovery as soon as possible. I ask the court orders much more discovery as soon as possible. Discovery into the court cases in Ocean County and Oceanport New Jersey. Discovery into the Los Angeles Police department and its body camera footage. Discovery into restraining orders in Los angeles superior court filed by Kacie Augustine against Jonathan Lipman and filed by Jonathan Lipman against the Los Angeles Police Department, New Jersey State Police and New Jersey State Police. Discovery into facebook and social media posts cited by Lacey township or Ocean County New Jersey. Discovery into Psych holds Jonathan Lipman was placed into by Lacey Township New Jersey and Los Angeles Police Department. Discovery into the investigation by Capehart Scatchard and the Lacey Township School board into a decade of violent antisemitism Jonathan Lipman lived through in Lacey Township Schools. I beg the court to consider my release from remand to give it the time it needs to review all discovery and once again assert my willingness with my own words to follow whatever conditions the court orders me to follow to allow its full discovery; and not just this limited discovery provided by the US Attorneys office that fails to tell the truth.

The federal governments discovery is severely lacking, misleading, and potentially full of lies. There are small errors that led to big consequences like in the pretrial hearing where the prosecutor claims Jonathan Lipman contacted multiple neighbors when in reality Jonathan Lipman only contacted one neighbor a single time with a voicemail protected by the first amendment. There are claims Jonathan Lipman searched addresses like he did so with the intent to contact people. The US attorneys office provides no evidence of this; no list of addresses stored on a hard drive for future use. Because there is no evidence. The US attorneys office only knows this because Jonathan Lipman informed the government in one of those emails claimed "stalking" that also got sent to the media, in a 25 page document titled "Manifest, Oh maybe I shouldnt call it that because the government is too corrupt or incompetent to read the constitution or the dictionary" that they came across addresses looking for the resumes of judges and government employees in searches google provided them near the tope of their search.

The government claims Jonathan Lipman ignored and refused to comply with multiple court trials in New Jersey, a 2nd amendment violating extreme risk protection order case in Ocean County and a jurisdictional rights violating case in Oceanport New Jersey [two separate counties connected by Lacey township]. The US government leaves out in discovery much of the details of these cases and much evidence. The US Government leaves out months of communications by Jonathan Lipman with these courts attempting to comply with them in ways many American citizens would have not attempted and simply, 2000 miles away from them, chosen to ignore.

The federal government leaves out motions for these courts to refer the case to Los Angeles courts or the proper jurisdiction the alleged offense was committed due to their right to attend court hearings in person and face their accuser(s). Jonathan asks to continue the temporary extreme risk protection order indefinitely until they can come to New Jersey and continue the disorderly persons case this indictment demonstrates violated jurisdiction indefinitely without issuance of warrant. Jonathan simply attempted to protect their right not to take part in criminal proceedings virtually and protect their 6th amendment rights.

The potentially 4th amendment violating collections of evidence by the Los Angeles Police department cited in "probable cause' arrest on charges that were dismissed and in indictment are misleading or lies. Claims like Jonathan Lipman wouldn't let police in are misleading. The LAPD apparently used "welfare checks" to collect evidence on New Jersey and Federal Governments behalf for years. They trespassed possibly a dozen times beyond a locked gate and opened a front door to a dark apartment and let themselves in multiple times, one time after midnight, without a warrant. [The federal government uses the fact Jonathan

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S

--------------------------------------------------------------------------------------------------

is on bad terms with the apartment and manager they still haven't been evicted from because the bad terms with the landlord arent as bad as the attorneys office claimed to remand them. The biggest reason they are on somewhat bad terms with this apartment is the repeated intrusion by LAPD for "welfare checks".]

This is the main reason why a restraining order petition was filed in Los Angeles Superior Court. Once New Jersey State police contact Jonathans father Marc Lipman, they contacted those involved in this matter and stated a restraining order was being sought, on August 30th. Seemingly in response, the LAPD were contacted to conduct a "welfare check". The federal government claims Jonathan Lipman wouldnt allow the LAPD to tresspass beyond gate and refused to comply. Body cam footage and a video on cell phone siezed would demonstrate Jonathan Lipman came to the gate and complied with the LAPD's questions. That the LAPD said they were okay with Jonathan Lipman not opening the gate and answering questions through the gate. It would demonstrate the LAPD lied about who asked for a welfare check and pretended they didnt know who called them because the government is the only one faking intents and hiding their lies.

The Federal government makes a lot of claims that could be disproven by email cooresspondence with courts, discovery in first amendment violating court cases, body cam footage, first amendment violating restraining orders or restraining order petitions filed by defendant, or siezed electronic devices. The government supplies little or none of this documentation; only a partial discovery that suits a particular narrative the government seems to be protecting through ignorance after the narrative of "terroristic threats" quickly fell apart. It certainly seems like the federal government stopped investigating quite early into their "discovery" period and took city and state governments at their word while pretending they were still conducting discovery to convince district court and public defender to continue trial to mid 2024.

Whether a federal judge or jury disagrees once full discovery is present, this is a first amendment case as things currently stand. Both the Torah and the bill of rights first amendment and the rulings on it are quite clear. If the US District court doesnt choose to dismiss this charge outright due to the discovery demonstrating a failure to fulfill the statute, a full and complete discovery must be presented to the courts and judge for review before the case can go before a jury. A judge, in this case Judge Aenll-Rocha, must ensure nothing about this indictment violates any constitutional rights including the 1st, 4th, 5th, 6th, 8th, 9th, 10th, or 14th amendment, and even needs to discover whether the alleged victim violated the 2nd amendment. The US District court must review all evidence, including investigations into abuse by lacey Township Schools, Lacey township police department, Ocean County courts, Los Angeles Police Department or any other government worthy of protest. This also includes a restraining order filed against Jonathan Lipman for making potentially first amendment protected social media posts about Lacey township on a business page of a business that operates in Lacey township.

The Supreme Court ruled in 2011 "Deciding whether speech is of public or private concern requires a court to examine content, form, and context of that speech, as revealed by the whole record. As in other First amendment cases, the court is obligated to make an independent examination of the whole record in order to make sure that the judgement does not constitute a forbidden intrusion on the field of free expression. In considering content, form and context, no matter is dispositive, and it is necessary to evaluate all the circumstances of that speech, including what was said, where it was said, and how it was said." (Roberts, joined by Scalia, Kennedy, Thomas, Ginsburg, Breyer, Sotomayor, and Kagan)

I will be filing official appeals referring to case law and specific cases regarding this amendments violation of 1st amendment rights and the statutes violation of 1st amendment rights in this particular case as soon as they are ready. It is difficult given this detentions severely limiting access to time in the law library or word composition programs. I may also file an appeal for this indictments violation of 4th, 5th, 14th, and potentially 8th amendment rights. I know the court would prefer that my public defender files them but not only can I not rely on them to do so in a timely manner without pushing off attention to my case for their other cases; I cant trust them after subverting my 6th amendment rights against my permission and without my involvement.

I exercise my first amendment rights now in this appeal to the court without my lawyers input, a lawyer that seems to have asked for a continuince to delay paying my case the attention it needs to work on other cases with sooner trial dates, before I lose the ability to share my words forever. I have sat in a federal government detention center surrounded by people who acted out of selfishness or greed or anger or mental illness for two months. I have forgotten what the sun feels like. These conditions have taken such a toll I am ready to plead guilty and lie about my intent just to get out of here in what would be my only crime, an act of perjury. I am ready to give up the constitutional rights forever in complete denial of my true intents to this point, protesting contitutional rights violations so many suffer.

The court might not like what my words say or the way these words of protest were shared. But they are the truth. And they have always meant well long term no matter how they were immediately received. I apologize about the number of documents submitted. I just want the court and "the people" to be informed.

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S

-------------------------------------------------------------------------------------------------

FROM: 79509510
TO:
SUBJECT: opening
DATE: 12/02/2023 09:46:00 AM

US District Court,

I'd like to start off this packet of appeal; this attempt at a motion for dismissal direct from the writer whose governments have either misconstrued, misinterpreted, or fabricated their intentions, by sharing with this court the story of the founder of Chabad Chassidism, Rabbi Schneur Zalman.

Rabbi Schneur Zalman lived in Czarist Russia. He focused on heralding a new era of revelation of the inner soul of the Torah, a reaffirming of an important document he believed society had lost the desire or ability to protect at a great human cost. Rabbi Zalman and his ideals were not universally accepted. Many of his contemporaries felt he had gone too far sharing the word of the hidden soul of the Torah. Eventually, the government of Russia attempted to get him to end the spreading of his word because they saw it as a threat.

In the fall of 1798, Rabbi Zalman was arrested for "threatening" the authority of the Czar and taken to a government prison in which people were treated like they were guilty until proven innocent. He was charged for refusing to cease his spreading of words. Almost all people imprisoned by Czarist Russia at this time were found guilty, a conviction rate nearly as unbelievably high as the 21st century US federal governments. After months of imprisonment and months of observation by the Russian government, Rabbi Zalman was exonerated by a judge of his charges and released.

The Teachers of Judaism, both his contemporaries and eventual followers, claim Rabbi Zalman was capable of great miracles; that he had the power to alter physical reality. The story goes he asked his prison transport to stop because he couldnt travel during the sabbath. After the guards transporting him refused, the wheels on the wagon broke not once, but twice beyond repair and it had to stop in accordance with the sabbath. The story claims that through the document he worshipped and loved, the Torah and his faith in it, Rabbi Zalman could counter the impossible and shift reality to protect the word and its righteousness.

Like most parables of Judaism, the story of Rabbi Zalman's imprisonment contains a question. If he had the power to use his word and his faith to prevent his imprisonment, escape his imprisonment, or cause his release from prison at any time, why did Rabbi Zalman spend months in prison? Rabbi Zalman was asked by his contemporaries many times why he let himself go to prison; why he didnt let himself out of prison with his supernatural, reality shifting faith that could break wagon wheels to keep sabbath or unlock the doors of a prison. [Removing the religious and spiritual hyperbole from the story of Rabbi Zalman and his gifts, its possible his contemporaries were asking why he didnt stop spreading the word; why he didnt stop "threatening" authority with his words once he was threatened with prison.] Rabbi Zalman claimed the following: I wanted light to come from darkness. I wanted a judge to exonerate me for the world to see the word protected.

I am no rabbi, just an American citizen who has always been protected by the right to words and the right of others to use words of hate against them so that the inability to use words does not turn into actions of violence. The Constitution and the Bill of Rights has always been my Torah, and I have sacrificed everything to protect it.

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S

-------------------------------------------------------------------------------------------------

FROM: 79509510
TO: Lipman, Marc
SUBJECT: Hunger
DATE: 12/01/2023 01:36:59 PM

*Front and Back* (handwritten)

US District Court,    *on the first night of Chanukah* (handwritten)

This is notice that I have resumed in protest of this indictments violation of my 1st, 4th, and 8th amendment rights, the hunger strike I started on September 26th, 2023, that the Metropolitan Detention Center unconstitutionally ended upon Captain J. Sieja's command on October 4th, 2023 without a court order by means many would consider to be emotional, psychological, and even physical torture. [This 1st amendment protected hunger strike, accurately protesting a "probable cause" arrest for "terroristic threats" against "multiple" "victims" that was dismissed 9 days later because there wasnt probable cause, for one count of "stalking" only one "victim", (in what is a very thin indictment likely charged because the government is incapable of admitting its flaws or mistakes), was ended by a US government prison stripping naked an american citizen not determined to be guilty by their peers, only a government that has subverted the justice system to make all defendants guilty until proven innocent, and putting them in a smock their genitals were exposed, locking them in a room that is kept below 66 degrees and the lights dont turn off in, and refusing to let them out even for legal visits until they ate again(in spite of the fact this hunger striker's vitals and health remained fine).]

My investigation arrest, indictment, and detention has led the Federal Bureau of Investigation to violate 1st and 4th amendment rights, the Federal Governments California Magistrate to violate 1st, 4th, and 5th amendment rights, the Federal Governments Probation to violate 1st, 5th and potentially 9th and 10th amendment rights, the Federal Governments US Attorney's Office to violate 1st, 4th, 5th, and 6th amendment rights, the Federal Government's Public Defenders Office to violate 1st and 6th amendment rights, the Federal Bureau of Prisons to violate 1st, 6th, 8th and potentially 9th and 10th amendment rights, and the US District Court to violate 6th amendment rights and potentially 1st, 8th, 9th, 10th and 14th amendment rights. In total, all governments and investigators involved in this indictment and its investigation, including Lacey Township New Jersey, Lacey Township Police Department, Ocean County New Jersey, Oceanport Borough New Jersey, Oceanport Burough Police Department, New Jesey State Police, Los Angeles Police Department, Federal Bureau of Investigation, Federal Government's California Disctrict Magistrate, Federal Governments California Central District US Attorney's Office, the Federal Public Defenders Office, Federal Bureau of Prisons, and Federal Governments Central District of California District Court, have assisted, provided cover for other violating governments, or directly violated the right to due process, jurisdiction, 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, and 14th amendment rights, and likely violated or assisted in hiding violations of 18 USC 241 and 18 USC 242. For 3 years, the Los Angeles Police Department on behalf of township, borough, county and state governments in New Jersey and more recently the Federal Bureau of Investigation, used fraudulent claims of "welfare checks" to threaten, harass, intimidate and annoy me out of my 1st amendment right to use words of protest to air grievances against governments covering up hate crimes, racism, antisemitism, persecution and government misconduct; and apparently to use these fraudulent "welfare checks" to collect evidence for an indictment. For the first two years these words didnt even use vulgar language the first amendment protects. These words were simply statements that Lacey Township or Ocean County covered up racism, antisemitism and government misconduct.

I sit in a federal detention center designed and administed to prevent defendants from having the full ability to take part in their trial. I sit in a federal detention center with conditions designed to intimidate human beings into a plea deal that removes their right to appeal or complain about the government's conduct in a way that leads to governments accountability. I sit in a federal detention center because I refused to succumb to the three year intimidation by local, county, city, state, and federal governments colluding with each other to remove first amendment rights designed to hold governments accountable.

The federal governments Prosecutors, Courts, Defenders, and investigations purposely operate slowly and pretend to seek discovery already collected by the time of my arrest without "probable cause". These investigators and persecutors calling themselves prosecutors stop questioning witnesses once they "discover" a witness that destroys their narrative and offers an alternative interpretation of words no government or judge has a right to interpret. These courts remand people by accepting claims about a restraining order that violates 1st amendment rights without investigating it, claims about court cases no jury ruled on that violated jurisdictional and 1st, 2nd, and 6th amendment rights without reviewing discovery into these cases, they ignore the will of the california people and the substances they vote to allow for medical treatment of PTSD while allowing their own bureau of prisons to overmedicate or misprescribe prescription pills that lead to overdose or dangerous behaviors, and they make judgements about familial relationships without observing these family relations or discovery into family histories.

Worst of all, these courts, prosecutors, defenders and investigators remove peoples constitutional rights before a jury's input or determination without ever once properly questioning defendants or allowing them to offer testimony or interview. These

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S

-----------------------------------------------------------------------------------------------

defendants are condemned to a detention center where the guards and inmates can threaten or harrass them into disability, preventing them from taking part in their own trials. These defendants are condemned to psychological harming lockdowns or solitary confinement with no end and unhealthy foods that fail to fulfill the US Governments own dietary guidelines without recourse or complaint for months or years. This system and its government, including public defenders more aptly labeled Public pretenders by many of their clients, defend and serve themselves. These governments refuse to admit their deficiencies, short comings, and the understaffing and lack of resources that prevents them from properly representing or serving citizens they see as nothing more than a number in their case calendar, at the expense of the human being. The US government and the wealthy capitalist class that refuses to properly fund their institutions so that their wealth gives them an unfair advantage over the rest, clearly want consumption to be the only right the American citizen has.

I will no longer enable this constitutional right violating system that hurts so many people any longer. Since I have no recourse, and I am denied my basic right to even speak for myself to the authority trying to remove words from being used to hold them to account, or used to [trigger] this authority into demonstrating their subversion or disregard for the constitution, I will no longer use my mouth. I will no longer eat food and allow my body the food it needs to allow the government to get away with violating my 6th amendment right to a speedy trial in an indictment that is so thin the case should be dismissed. The detention center and its staff can repeat its tactics and threaten to put me in solitary housing with a rapist or a gang member or threaten to destroy my legal documents or threaten to prevent me from legal visits. It can strip me naked once again and torture me with cold temperatures and light. I wont give in to actual threats by the government and its prison considering I am wrongly accused of "threats" email has a block function to deal with and the constitution and the rulings it has inspired say the viewer could and should ignore of their own recognizance.

It is the courts job to order my forced feeding with a feeding tube, not a prison captain or a 1st, 6th and 8th amendment violating detention center. I will exercise my 5th amendment right with all employees of the federal government until a court brings me before it to order me to eat in violation of basically every individual right in America's bill of rights. The government lies about my intent to cover up its mistakes and flaws. My intent has and always will be to protest a constitutional rights violating government. I wont let the government subvert my true intents regardless of your attempts to torture me into having no constitutional rights. This has been a protest since October 18th, 2020. I will not enable the government to subvert or lie about my intentions with a detention that labels me guilty until proven innocent. I will allow my starvation to demonstrate both my conduct and the governments conduct and true intents.

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S

--------------------------------------------------------------------------------------------------

FROM: 79509510
TO:
SUBJECT: More record
DATE: 12/05/2023 01:26:37 PM

US District Court,

For the record, I have attempted to contact the court in some way for nearly a month. First, the Federal governments public defendrs office refused to supply your address. The counsellor position, who is supposed to sign off on legal mail, was allegedly vacant for a while. Now that position is filled, but the counsellor only comes around 1 or 2 times a week to sign off on legal mail. The fact I have to wait for sporadic visits from the counsellor to sign of legal mail is problematic and severely restricting of my 6th amendment rights and due process participations, especially if I have to represent myself.

The prison does not provide stamps or envelopes. You have to buy them through commissary. The commissary only provides 20 stamps a week. and often do not have stamps in stock at all. One week I ordered envelopes but didnt receive them, possibly because they werent in stock. Another week I had the same issue with stamps. Another week I ordered the large envelopes this mail is contained and didnt receive them because they werent in stock. The fact I have to pay for envelopes is problematic. I may not have access to comissary funds forever as my father is the only person I can or feel comfortable providing me the funds. [He has less of a problem providing these funds than I do asking him to provide these funds.] I don't even know how many stamps are needed to get envelopes sent. Sometimes envelopes are returned days or weeks later due to inefficient stampage.

I also do not even currently have a table in my cell to write documents by hand or sort and examine discovery.

11/30/23

US District Court,

 This packet contains a document shared with the Federal Governments Public Defenders Office on November 9th, 2023, a document written to the US District Court on November 24th, 2023, a document written and shared with the magistrate court by reading it into the record at arraignment on October 16th, 2023, notes written by hand during limited law library time from brief readings into the constitution and case law regarding rulings on the American bill of rights, emails written through the prison complaint and request system they call copouts regarding constitutional rights violations and human rights violations effecting the well-being of all detainees and the  ability of pretrial detainees to take part in their trials, and documents written on the personal email platform that charges both per minute and per page of print to use and is also not confidential.

 Everything I write or say is a protest of a system, an extremely flawed and harmful system, that is due to inefficiencies, incompetence, or human selfishness, deteriorating beyond a point of return. Though I have paid a price and faced a great risk protesting institutions with authority to detain me, defame me or punish me within or outside of these institutions walls, it is a sacrifice I am willing to pay.

 I mean no ill will with this packet or the words contained in it to any individual. I have and always intended to speak to in protest the system at large.  I do not write these or any other words to any individual judge, but to the record  of our institutions and systems that have for a long time made America one of the worlds most successful republics and one of histories greatest safe zones for individual freedoms and human rights.

 As a Jewish person, a Jewish American, I have come to understand within the fabric of my religious expression and experience a great contradiction. This contradiction seems to be the very purpose of the first amendment in one of the greatest documents man has ever written, the constitution and bill of rights.  You, as An American, can pray for me to burn in hell. You can tell me the world would have been better off if I died in the Holocaust. You can write fantasy novels about worlds without jews or sing songs about killing them. And that is why I think the United States is one of the few countries not to have been plagued by a genocide or mass deportation of Jewish peoples or any other religious group [though of course it must be stated that indigenous peoples weren't so lucky in early American history.]

 I send this packet and publish statements not only for myself, but for the good of a public I believe has been led astray and at risk of sacrificing forever the constitutional rights that made America great, free safe .  I believe the loss of these rights is why America has lost its mind; lost its health; lost its spirit. I will never stop protesting the loss of the rights that were designed to stabilize, no matter the personal cost.  One day an authority out there will understand and stand up with me.

11/30/23

US District Court,
    One more thing for the record.
As will be stated and demonstrated, the metropolitan detention
centers resources are both limited and outdated. Today, November
30th, 2023 I went to the law library. I was unable to access the
legal resources, all online. The error message Trulincs/QLOS-
B2SWWP... Please wait for the desktop remote configuration
remained on the screen for the whole session. I was rendered
unable to access legal materials for another week, a recurring
problem.
    I have not received adequate council by the public defenders
office. They seem to have, since the continuance I did not ask for
or agree to, decided to push off my case. They have yet to review
discovery as of writing this and have yet to even ask me for inte
-rview or testimony. The public defenders office in
response to my complaints have on multiple occassions suggested
I represent myself. I have been nothing but accommodating to their
deficiencies and on multiple occassionstold them I understand they
lack resources and are overburdened. I don't blame them personally
but I also am suffering and my case is suffering because of these
deficiencies. I do not expect to get the best defense for
myself, the truth, or a jury's best verdict being represented by
the public defenders officeto this point giæven how they have so
far represented me.
    I may have to be represented by the private attorneys
the court can appoint. Or I may have to represent myself in spite
of my post traumatic stress disorder making public speaking and
a courtroom a place that petrifies me. Either way, whether I am
representedæ by federal public defender, private appointed
attorney, or myself, I need access to paper without restriction,
law library without restriction, and a quiet place with table room
forplacing discovery and notes without restriction. My lack of
access to the discovery the government did not provide on hard
drives they did sieze and hard drives they left behind and lack
of access to internet search engines is also severly limiting
my ability to take part in and compose my defense with or without
attorney.
    Even though this case should be dismissed due to its lacæk
of merit and constitutional violations, I will be denied a fair
trial given the current conditions I find myself attempting my
defense.

11/9/23

Federal Public Defenders Office,

I do not agree to signing any document provided to me by the Federal government or any government that waives my constitutional rights. As the Public Defenders office is part of the federal government, this includes agreeing to waive my 6th amendment right to a speedy trial, but also includes plea deals. The only circumstance I will agree to the removal of my constitutional rights, albeit on a temporary basis, is to end this remand preventing me from fully taking part in my defense, *a remand* that limits my access to the law library and word composition machines like this typewriter I am using to Write this to two hours per week.

I will agree to sign away my first amendment right to use public platform, including tax funded government email addresses that serve no individual but the public at large, to protest and air grievances in the public, demonstrative, and creative ways the constitution and bill of rights waswritten to protect on a temporary basis. I will sign off on drug testing that violates my 4th amendment rights as a California citizen whose state voted to allow him to use marijuana as a sleeping medication instead of the kidney and liver destroying pills that the federal government hands out like candy. I will sign off on any form of loc-ation monitoring or internet restriction that pre-trial potentially violates my 6th or 8th amendment rights in modern day. I will agree to sign away just about any constitutional right on a temporary pretrial basis to protect my 6th amendment right and ability to take part in trial that the federal bureau of prisons conditions most certainly restrict and violate to the detriment of myself and a jury.

I mean no offense, but the public defenders office has utterly and completely failedto serve my pretrial interests and subverted my long term defense in ways that might be this offices norm, but I already consider malpractice considering the government is supposed to uphold the constitution, not ignore it. Butas things have unfolded, I see no long term gain in giving this office more time considering this office has subverted what I consider my best defense to serve the public defenders protocols and operations outside of my case.

The public defenders office did not properly represent me in bail, leading to a 2 week remand on charges the government determined not to have probable cause in a violation of my 1st, 8th and possibly 4th and 14th amendment rights. Though I am aware that claiming my arrests alleged probable cause violated my 1st amendment rights wouldn't have prevented me from remand, that assertion was true and would have served my longer term interests for appeal of remand and potential appeal of conviction by getting it on record right away.

The public defenders office failed to uphold my 1st amendment right to a hunger strike, not only raising no concerns about the fact the prison was intimidating and threatening me with violence in the ways I was accused, and that it had stripped me naked and put me in a room designed to torture instead of legally dealing with it through court order. The public defenders office refused to mention it to the court, forcing me to threaten to relieve it of duty in my bail hearing, if I couldn't read it into the record.



The public defenders office violated my first amendment rights in the bail hearing by claiming without discussion or my approval I needed "help" as if to explain my alleged crime was a disorder rather than an exercise in my first amendment american and jewish interpretation of the primary tenet of my religion, protected by the constitution. My right to freely exercise my religion was by airing grievances and complaints against a society that has allowed judges and the government to not only subvert the "word" the truth, god, but become god, was violated by claiming or insinuating it was some sort of a disorder that needed help.

The public defenders office once again attempted to , either by intention or incompetence, to subvert my first amendment right by sending me to a christian based therapy and rehab program for a week before explaining this programs conditions to me, either proving it didnt care about my requests or needs, or that it just didnt listen or pay attention to me and the primary element of my case.

The public defenders office claimed for about 35 days it would appeal my remand to the magistrate and the district before it actually did so, seemingly deciding not to appeal for weeks after I rejected its two suggested programs for release that I believed did not serve my or the publics longterm interests. [It only actually served an understaffed and underresourced federal government that refuses to admit its numerours errors or take accountability for its numerous deficiencies.]

Now the public defenders office comes to me, after I made clear and was adamant the detention center was violating my 6th and 8th amendment rights as a pretrial detainee with conditions having a detrimental and compounding negative effect on the well-being needed to take part in my trial, asking me to grant it a government itself, the right to violate my constitutional rights. For a week or more I informed the public defenders office I would not waive my 6th amendment right to a speedy trial in such conditions. The public defender clearly expected to ask me to sign this document as it seems pretty standard for them to have defendants sign this document in subversion of their constit -utional rights. Yet the public defender never once informed me and attempted to come to me and get me to sign it right away or with the just as ridiculous 2 day notice that it is currently giving me to consider signing away my 6th amendment rights.

There is absolutely no good current reason to sign or agree to the removal of my 6th amendment rights. I have seen and heard how the public defenders office deals with and views const- itutional rights, the issue primary to this case. They ignore rights violations and fail to uphold these constitutional rights. In my opinion the public defenders office is just as guilty as my prosecutors and accusers and any other government of violating and failing to uphold the first amendment or any other constitut- ional right. The public defenders office refusal or innability to exercise that first amendment right to air grievances of my treatment in my defense seems to demonstrate what I can expect in trial.

I understand where the public defenders office is coming from and that their proceeding with this case without discovery would be malpractice. I presume they are so accustomed ~~and~~ and enabling of these constitutional rights violations of their defendants that this request is normal and how the system works. I am an understanding and pragmatic person and have seen how and experienced how broken the system is. I just wont contribute to enabling it or signing off on it.

The public defenders office has also made pretty clear they dont hold the same legal and constitutional rights views as me I know, being familiar with discovery, will be my best and most honest defense for a jury to determine the truth of the "word". The public defenders office has sometimes clearly stated and some times insinuated they wont be making arguments that are the best to be made to the jury to win them over on normal human logic and emotion that preserves constitutional arguments with courts of appeals should I be denied telling the full story to a jury by judges orders and prosecutors motions.

My fellow detainees warned me the public defenders office was going to allow me to be left in detention for 9 months without guilt, most likely in an attempt to get me to agreeto a plea deal with time served because it serves the governments involved in this matters time and resources. I understand the logic; that most people would choose to be freed into this world where consumption is the only right over their constitutional rights. What ~~the fellow fgovernment and my~~ the federal government and my fellow man fails to understand is I'd rather be in prison than out there without rights. From the age of 8 - 19 I had all the food and entertainment in the worldand no1st or 8th amendment rights to speak of. I have already lived a life the government removed my constitutional rights. At this prison doesnt ~~even~~ pretend ~~pretend~~ that is not the circumstance of my existence.

Quite frankly, I feel the public defenders office will try this case as a typical stalkers case, misleading the jury as if I have ever wanted to meet my alleged victim or even looked at them as flesh rather than a bench. That the public defenders protocols, lack of imagination, and inability to view defendants individually rather than anumber to be scheduled in their over-burdened caseload will to my detriment ignore what is important, motive and intent. given how my remand and the prisons numerous constitutional rights violations has been handled by the public defenders office, I have no reason to believe having discovery will cause the defenders office to start properly defending my interests.

Quite honestly I ~~am built~~ believe I am better off with t/he truth, my 6th amendment rights being violated ~~on either~~, than signing a paper enabling and excusing these constitutional rights violations. My rights have been violated by every government ever paid to defend me, protect me, or have authority over me. It serves my defense long term, whether I get to tell the truth to a jury, a court of appeals, or the supreme court in 5 years, to a allow my 6th amendment rights to be violated. it serves my rep-utation and the governments attempts to ruin it. It serves my fut-ure career as a writer.



I dont know where this leaves my relationship with the
the public defenders office. I know that defending me under these
conditions would be malpractice. I know it needs discovery to
defend me in trial. But this lack of discovery is not my fault.
    I have been arrested for 43 days in a bulding the federal
prosecutor and defender could access me at any time. I HAVE NEVER
        about the details of this case
BEEN QUESTIONED BY EITHER BRANCH OF THE FEDERAL GOVERNEMENT, THEIR
DEFENDER OR PROSECUTOR. Thats not for lack of trying on my part.
All  the public defenders office needed to do to get discovery,
was ask me my story which it refused to do, watch youtube videos,
and access an email address I offered the information and password
to. I could have provided enough discovery for the prosecutor or
public defender to prepare without much delay. It would have been
preferable to waiting months in detention even if it led to an an
easier guilty verdict. The public defenders office chose not to
allow me to provide the discovery it needs to defend me. it chose
not to listen to me at my own expense and severe detriment.
    I have and likely will continue to suffer for these failures
and deficiencies of the government but I will not enable them or
agree to excuse them.
    I'm failry certain the federal government prosecutor and
federal government judge and federal government defenderwill use
their powers to subvert my 6th amendment rights for months. But I
wouldnt drag my trial out for too long. Because I have resumed my
hunger strike indefinitely and intend to starve to death or to my
incompetence like a jew being hidden away from its society because
its government doesnt think it is entitled to rights.
    If the federal government wants me to agree to or excuse
violating one element of my 6th amendment rights, the right to a
speedy trial, it better will be willing toprotect the other
element of the 6th amendment, the right to take part in my defense
without the governments prosecutors or federal bureau of prisons
conditions of remand limiting my due process, inability to access
legal materials and sources, inability to maintain the mind and
body needed  and health needed to take part in my defense, by ending
a remand torturing me with sleep deprivation because guards are
loud and threatening, and inmates, many of them post trial, have
no qualms about preventing me from using the law library. I will
not get afair trial in remand and my grievances explaining that
have been shared with this public defenders office for over a month,
        The public defenders office is free to ecuse itself
from this case, claiming my refusal to sign away my 6th amendment
rights is the cause of their malpractice and not everything that
led up to that. I will not fire it because that would only enable
the court to justify the continuation of the violation of my 6th
amendment rights [and all the others so important to me and the
society of people I know desperately need these rights restored
for thegood of their humanity and these institutiona unable or
unwilling to uphold the constitutional rights that hold up this
Society institutions from decay.]
- Jonathan Lipman (one of americas many hanging strangers.)

11/24/23

US District Court, Judge Aenll-Rocha, and United States of America

I am writing you from the only confidential means of compos
-ing legal documents in the US governments detention center, in the
second largestcity, the education room. I am writing on one of
its two typewriters, about 30 minutes after waking up, during the
3 hours per week allotted to detainees to access the law library,
in my unit's case 7:00 Am - 10:00 AM usually on thursdays. During
this access,  I have to decide between using the typewriter or
using the computer to access case law and all other copy of
available legal materials as there are no hardcopies in the
education room or available for taking out to read on your own
time.  [Please  know access to law library is no guarantee.
Lockdowns have prevented me  access. The captain has ordered the
closure of it a half hour into my use without explanation.  Though
I write this on a friday  after the holiday, I am usually allowed
access on thursdays  7:00AM - 10:00 AM and have to decide whether
I want my third hour of law library time or I want to attend
Jewish religious services which start at 9:00AM on thursdays.]
My apologies for the typos. I have never used a typewriter before
detention, the keys stick, and I am provided limited paper if  I
were willing or able to restart or make corrections.
    I write to this court to address concerns, air grievances
(potential ones), and for record of issues. This will be as short
a document as possible, but I do intend to initiate a cooresponde
-nce with this court to  share with it my words, interpretations,
and legal opinions. The federal governments involved, including
the Federal Government's BureAU of Investigation, Federal govern-
ment's  attorneys office/prosecutor, the Federal Governments
public defenders office, and even albeit briefly, the federal
government's district court has failed to properly represent my
intentions, conduct, alleged issues of person, constitutional
rights, interests, or words. I am not angry and I consider the po
-ssibility, even the liklihood, that due to an overburdened case
calendar, a lack off appropriate resources, a lack of staffing,
and a lack of time, the federal government has been the victim of
misinformation by the state of New Jersey.  I understanjd that the
federal government is taking the word of another government over
my own, and that trusting another government is usually not an iss
-ue, but this is a constitutional rights case, and having reviewed
the discovery minus the digital files, I can tell this court it
is lacking and incomplete.  I am being remanded without just cause
possibly in violation of the intent of the bill of rights and
multiple constitutional rights. I ask that it court reviews the
discovery provided as soon as possible so that it can be of its
own information and not be forced to rely on third party claims.
    Before I continue any further, I want to make clear I DID
NOT WAIVE MY 6th AMENDMENT RIGHTS TO A SPEEDY TRIAL. I was very
clear about this to public defenders Kate Morris and Howard
Snyder, In multiple submitted  and allegedly copied documents
to the public defenders office, in multiple voicemails, in
multiple meetings with Howard in my refusal
Snyder and Kate Morris, and ~~refused~~ to sign a document waiving
my right to a speedy trial. In our final meeting on November 16th
2023, I discussed with Kate Morris, making this clear to the court
about



and she made clear she would raise concerns regarding the att-
orneys offices length of time collecting discovery. Instead what
seems to have happened is the federal governments public defender
office and federal governments attorney's office/prosecutor made
some sort of agreement  without my permission moving the trial
date without my agreement using the bail hearing to take up the
time needed to have a pretrial discussion regarding failures or
mistakes potentially violating my constitutional rights by the
federal governments bureau of prisons, the federal governments
public defenders office, and the federal government's attorneys
office/prosecutor. I was never asked underoath if I agreed to
waive my 6th amendment right to a speedy trial by the court, which
which might not be necess necessary, but seems so considering the
federal governments public defenders office came to me looking to
put my signature in writing agreeing to it. (waiving my 6th amendment rights)

     The length of time this trial is taking to conduct might be
the norm for most cases, but it is absurd for this one. I'd like
to point out some things having reviewed most of the discovery.
The discovery was mostly collected by the State of New Jersey
State police prior to the Federal Bureau of Investigations involv
-ement. In fact it doesn't seem like the federal government did
much discovery. They raided an apartment before arrest and asked
google to perserve emails. The state of New Jersey state police
requested/made a probable cause arrest warrant by phone for
"terroristic threats" to the FBI claiming multiple victims. The
FBI then began interviewing these victims, all government employees
the first amendment seems to forbid interpreting or defining words.
When the FBI got to the alleged fifth victim and that victim clai
-med they didnt think these words were threats op serious, destro
-ying a potential narrative, the FBI seemingly stopped conducting
interviews.  These terroristic threats charges were dropped 9 days
into this alleged collection of discovery and one victim was
declared in indictment, rather than the many the federal govern-
ments attorneys office/prosecutor alleged in the original bail/
arrest hearing with the magistrate. The defendant was for at least
9 days held without probable cause in detention, for words mis-
interpreted by a federal government magistrate court, federal
government bureau of investigation, federal government attorney's
office prosecutor, and at the failure to represent of the federal
government's public defenders office, a pretty clear violation of
the first amendment, and possibly numerous constitutional amendme behest
-nts that follow it. Once again, this was done at the behest of
the state of New Jersey and its courts, long accused in protest of
violating the 1st, 2nd, 5th, 6th, 8th, 9th, 10th, and 14th amend-
ments, and possibly due to the state of NJ's incomplete detailing
of events leading the federal government to be misinformed. But
there doesnt seem to be much excuse for the FBI, Magistrate, or

federal government's attorney's office/prosecutor arresting
defendant without interviews or full discovery, seemingly only
the request of a state government and its police. The American
taxpayer and defendant have suffered at least some consequence.

I am going to state some things, some of the many things
left out of discovery besides the court records and cases and co-
orespondences with these courts and their representatives during
these trials defendant is alleged, wrongfully, not to have taken
part in. In July, defendant started telling FBI if they did not
investigatethe LAPD, NJ state Police, Lacey Township Police Depar
-tment, Ocean County Commissioners office, and other involved
parties for violations of 18 USC 241 and 18 USC 242 [for the
unconstitutional psych hold the federal district court cited as
partial grounds for continuing remand and denying bail - the full
details of this psych hold can be found on video under the youtube
account titled "Jonathan Lipman" on videos "Capehart Scatchard"
and "The ways of Lacey Township New Jersey and Los Angeles Calif-
ornia". About 20 minutes into second video there is a statement
of protest, even one claiming the defendant will be put in jail in
protest after involving in this matter all governments with past
or present jurisdiction over them. The federal government and all
other governments including courts hearing second amendment cases
violated the first amendment issuing rulings into this matter wit
~~hout discovery into this document and many other pieces of discov~~
-hout discovery into this document and many other pieces of disco
-very into this matter.]

By the end of July or early August , defendant began inform-
ing multiple governments of intent to file a restraining order for
continued "welfare checks" by the LAPD on NJ and eventually
FBI's behalf, that discovery  demonstrates were not "welfare checks"
as claimed, but potentially fourth amendment violating collections
of evidence for this indictment.  The federal governments attorne
-y's office claims that LAPD asked defendant to stop sending emai
-ls but if youi watch the video the LAPD claims its a welfare
check and is explicitly asked if there is an arrest or they can (the defendant)
be arrested. ~~This indictment and complaint for this lying left~~
~~out of timeline,~~  This occured two days after the LAPD, on July
10th broke into an apartment after midnight to conduct a "welfare
check, and the defendant served them a ceased and desist. (in writing also not
on NJs behalf. [You can't know the door is unlocked unless you push it open.]   provided by discovery)

On August 29th, the Marc Lipman informed Jonathan Lipman,
defendant, the NJ state police contacted and spoke with him claimi
-ng they were attempting to "help" him. He contacted NJ state police
Harrison, who on video, said he was trying to"h elp " him.

On August 30th, 2023, Defendant attempted to file restraining -ing
-ng order against the FBI, LAPD, NJ state police, Lacey Township
police department,  LA county department of Mental Health, and LA
county sheriff. This restraining order was filed for about 2 dozen
~~welf~~ ("welfare checks" now used as evidence and to claim Jonathan
Lipman was non compliant. It asked the LOs Angeles superior court
to order these governments to cease harassing defendant and tresp
-assing on property on other governments behalfs over false
perceptions ofdefendants state of mind. On september 5th, 2023
due to labor day holiday, the restraining order hearing was granted
~~not.~~ On september 7th, 2023, two days after granting of hearing,
~~the magustra~~

the FBI sought and was granted an search warrant, on september
7th, 2023.  The search warrant was conducted on September 15th,
2023.  The government, its prosecutor and bureau of investigati
-on have asserted multiple times that "defendant was asked to
stop." FBI agent Toomes gave  indications that no arrest would
be made if defendant succumbed to what they believed was intended    Agent
to intimidate them out of their first amendment rights. He used     Toomes
the phrase "I admonish you to stop." The easiest interpretation
was we arent going to arrest you. Just make your life difficult with
The restraining order hearing was scheduled for                     future intimidation
September 26th, 2023 in Los angeles superior court.                 like the LAPD has
The                                                                  employed.
defendant was arrested September 26th, 2023.

      There is another important detail of note in this case.
The state of New Jersey cedes that unwanted or offensive or
potentially threatening emails in this case are flagged to a
folder that judges and government employees do not have to
see. Aside from the policy itself violating the first amendment
potentially, this nearly eradicates the argument of stalking. All
that seems to be left is hearsay by government employees. All that
seems to be left is potentially constitutional rights violating
interpretations of words by government employees. All that seems
to be left is fears of government employees that can just as
easily be labeled the delusions of a potential mental illness of
governmentemployees, a symptom as easily generated and influenced
by news stories or other stimuli than defendant alleged to be
committing a crime. For instance, the alleged victim claimsthey
received a phone call at 3 AM. The discovery provides no proof
that defendant made that call (because they didn't). The govern
-ment could easily investigate thats. They have defendants phone
number, access to their bank accounts to determine if they have
a second phone (they dont), access to text messages to see if
there are communications with another to make such a call (there
arent any). The alleged victim, a judge that has the FBI and NJ
state police and LAPD on speed dial, could have been dreaming of
such a thing or lying.
    It is of the defendants opinion federal government attorneys
office quickly realized they dont have a case or much of one. That
they intended to drag out the trial and hope detentions potential

8th amendment violating conditions would lead defendant to
sign a plea deal to get out of jail before trial. ty  It is the
defendants belief the only thing the prosecutor felt they had was
a photo of a gun (which isnt a gun). Thats why even though the di
-scovery provided details other parties with way more frequency,
the charged/indictment is for "KR".  To quickly address this gun
photo, clearly protected by first amendment speech (if you looked
into laceyt township, you would see they were sued by the ALCU
for expelling students for posting phottos of them holding a gun
that might even explain defendants motive and true intentions; to
protest that.).  This photo was taken on a specific day. A day that
matches a day the LAPD conducted a "welfare check". This day, even
though the lapd's record suspiciously is lacking other welfare ch

-ecks, matches a day in 2022 that the LAPD conducted a "welfare check" now used as evidence in criminal indictment. The LAPD has a body cam footage of examing this trophy that looks like a gun. In the second amendment case "KR" violate constitutional rights, as the court was asked to order and allow subpoenas of the LAPD for access to this welfare check and examination of the gun. Defenda -nt in that case made court aware they deliberately got red flag/ lawed (2nd amendment restricted) to attempt to get discovery into lacey townships first amendment violating social media policies attempting to violate defendants right to post about lacey townships cover up of child abuse in 2008 and 2020 and mi -sconduct regarding psych holds. "Kr" not only refused and denied discovcy and motions. If you were able to see discovery into all you would find for months Ocean County court and/or Ocean county prosecutor claimed the extreme risk protection order case was initiated by facebook posts on may 10th and possibly up to the 24th of June, 2022. After the defendant refused to take part in trial following a case management hearing for requesting too many witnessess forcourt and trial, and they were denied a police report or any discovery for about 3 months, it was then Erin caul -field through a longterm email coorespondence with defendant on behalf of "KR" and ocean county prosecutors office, admitted the extreme risk protection orderwas initiated not by facebook posts as thetemprorary order granted by Ben jamin Mabie, Lacey township municpal judge stated, but the NJ Regional Operations Intelligence Center.  There are texts messages and defendant to father Marc Lipman for months stating his phones and computer were slow and batteries dying way too quickly; that he felt he was being spied on.  The New Jersey Regional operations intelli- gence center has been in national media for having 100,000 complain -ts filed for being weaponized to intimidate and silence govern- ment critics with 2nd and 4th amendment violations. If you looked even harder you might find that a prominent member of the NJ state police, gary brandt, is married to members of the lacey township school board who is accused of using the psych hold to cover up violent antisemitism and racism in lacey schools and child abuse, still potentially going on in present day. (I am sorry for the length of this paragraph). But nothing mentioned here is included in discovery even though these emails and grounds for protest exist to many alleged victims or witnesses. Its all quite conveni -ent and only the defendant who shouldnt be writing this but is to give the federal court and its judge information needed for 1st ameddment respecting rulings is suffwering the consequences in a detention center that isnt designed to allow defendants to actively take part in their trial or its investigations. I'm just supposed to sit here and eat doritos and watch reruns of television until I plead to something. But I cant because I know my intent, I clearly state it, I seek to protect constitutional rights, and lying to get out of detention before trial or around trial would be the only crime I have committed (or intended to comit), perjury,

Quite honestly, given the discovery, this case should be tossed out on its merits and failure to prove intent given the statute is very clear that this is an intent case. I unders -tand that is unlikely. I have experienced many governments continue their lies and cover ups to protect a system that clearly has flaws at the expense of the taxpayer, constitutional rights, and peoples well-being.  I do ask Judge Aenll-Rocha to review our pretrial bail hearing. To consider the fact that the prosecutor claimed multiple neighbors were contacted and only one is claimed in discovery. To consider how little discovery the federal gocvernment investigated itself. To consider he may have erred citing the psych hold available for view on youtube, as it may violate the first amendment, in continuing remand. To realize this is anextensive first and constitutional rights amendment case, To understand that defendant might be held for an unreasobable lenght of time provingit. the dfendant asks for reconsideration of bail if the case cant be dismissed outright given the discovery. defendant informs court that motions to dismiss for 1st amendment rights and 4th amendment right violations will be filed, but rese -arch given detention conditions is slow, if even allowed.

     I close this sloppy document with some annotations from my brief incursion on the prison law library from the westboro babptist church case the supereme court heard in 2011. Before I close I apologize for all the tsypos. If I had access to a word program on the computer like detainees have access to movies, gam -es, and music for their leisure on tablets they could buy, I would have heavily refined this document for the courts ease and to show it respect.  I write you once again because I cant trust the federal government public defenders ability to represent me or de -fend me, given their numerous betsrayals and failures which have been documentedbut only are shared in this document in relation to their violation of my 6th amendment right.
     APPEAL weird S 1452 "As in other first amendment cases the court is obligated to make an independent examination of the whole record in order to make sure that the judgement does not constitute a forbidden intrusion on the field of free expresi -on. In ccoonsidering content, form, and context, no factor dispossitive, and it is necessarey to evaluate all circumstances of sspeech."

CoNSTITUTIONAL LAW 934, 937 "In most ccirucumstances, the consti -tution does not permit government to decide which types of spee -ch , otherwise protected, are sufficiently offensive to require protection of the unwilling listener or viewer. Rather the burden normally falls upon the viewer to avoid further bombsardment of their sensibilities, consonant with the constitution, To shut off discourse solely to protect the others from hearing it, is dependent upopm a showing that substantial privacy interents are being invaded in an essentially intollerable manner. As a gener -al matter, the US supreme court has applied the captive audience doctirne sparingly only to protect unwilling listeners from protected speech.

     apologies for typos. I have run out of lsaw library time,.

CAPTAIN SIEGA Around 10/1-?/23

I am informing the people that on October the 2nd ~~2023~~ 2023 I resumed my first amendment and internationally protected hunger strike that Captain J. Siega and other prison staff threatened me with violence and harassed me out of continuing after 9 days of conducting it without any issues to my blood pressure pulse or vitals worth noting or documenting. ~~The prison chief~~ J. Siega intimidated me out of this protected hunger strike, by threatening to put me into the solitary housing unit in a violent gang member or criminal, threatening to prevent me from seeing my lawyer or attending hearings and threatening to destroy all legal paperwork and documentation I had written by hand. Other corrections officers made threatening comments to me, like they hope I fight the tube down my throat so they can "knock me out". "Go hard" one said "I like to fight", as he took me to see J. Siega in his office. But because these officers threats were limited to one instance a piece they go unnamed. (I also can't remember names unless they are attached to repeated utterances and threats like J. Siega). The prison can claim and the complicit court can allow the prison staff to claim I am lying. But there are hundreds of inmates in here who have experienced similar threats and America has seen how law enforcement conducts itself. Plus there are some good and decent guards in here and plenty of "Cop Out" emails sent to staff that document a timeline of events (and demonstrate the prison real concern was lawsuits and their accountability). Though I have no faith in the system or the people who take part in it and prevent its repair, I have faith in the truth and that my species, my society, "the people" will come to see it. I have faith they will find out without a court order, that J. Siega had me thrown naked into a 60 ~~degree~~ room the lights never go off in, without a mattress or blanket (which was provided by ~~the~~ night shift 12 hours later), with ~~the~~ the intention to intimidate and harass me out of constitutionally and internationally protected peaceful hunger strike.

I announce to the people ~~this court~~ represents, to my constitutional and human rights ~~denied~~ denied society, ~~that~~ after 10 days of eating, I am resuming the hunger strike I conducted for my first 9 days in detention as accused terrorist and declared political prisoner of the United States of America. As a political prisoner of a united states government accused of terrorism for what should be ~~this trial~~ constitutionally protected speech, I am subject to international law. Treaties ~~between~~ between the US Government and other nations protect my right to this hunger strike regardless of the fact this US government has discarded and subverted their nations constitutional and human rights.

I came ~~into protest~~ to this constitution violating detention protesting with hunger strike Ocean County New Jerseys cover up of violent anti-semitism, New Jerseys violation of my 1st, 2nd, 6th amendment & due process rights, Los Angeles' violation of my 1st, 4th, and 8th amendment rights, and the Federal Bureau of Investigations violation of my 1st, 4th, and 6th amendment rights. Now I add the Federal Prosecutor and ~~a~~ Magistrates violation of my 1st, 5th, 6th and 8th amendment rights, the Federal Public Defenders Office violation of my 1st and 6th amendment rights, and the Federal Bureau of Prisons violation of my 1st, 4th and 8th amendment rights. With that said, in detention, my hunger strike delivered me a spiritual strength and support protected by the first amendment. As a person detained for what I deem are political reasons rather than public benefit and in response to protest of governments who persecute or allow persecution of Jews or other homeless peoples, I found strength through this trying time in hunger. I found solidarity with the many Jews of the Holocaust, held in a concentration camp similar to this detention, and was comforted by knowledge of their hunger with my own. My people survived their concentration in hunger, and my hunger helped me survive my own. My hunger strike is multitiered and protected by international law and the bill of rights.

The prisoners... their pain will be sued for violating my human rights, that I needed to be put in that observation room to make sure I was or wasn't eating. That I could be sneaking food even though I had lost a documented 5 pounds in 5 days and likely 8 pounds in 9 days.

I accept, by joining this torture room the federal government calls an observation room if it is necessary to protect my internationally protected hunger strike. I ask that I am treated like a human being this time. I ask I am not thrown in the room naked with only a smock. I ask I am allowed to wear my clothes and am provided a sweatshirt for warmth. I ask I am provided normal blankets that I can wrap around me and not the stiff blue canvas ridiculously provided to the suicidal, to torture them for some reason for expressing their already tortured minds. The mattress they give to the suicidal is fine and I accept that. Unlike the two inch piece of insulation that looks it was stripped from an abandoned hotel and is refered to as a mattress in fraud of inmate and the public, it was actually comfortable; it even had a pillow. Most importantly of all, I ask for unfettered access to pencil and paper, my prisoner right federally and internationally, which I have been denied for three weeks. The United States of America has no right to torture me, political prisoner or otherwise, to cover up its violations of my rights, or to harass me out of wanting these allegedly guaranteed rights.

I have not and will not have an attitude with prison staff or inmates using words or violence to intimidate or harass me. If the prison guards have seen slam the heads of the mentally ill into walls for having suicidal thoughts during lockdown exercise violence on me, I will not fight back. When a court violates international law and orders my feeding I will open my mouth and swallow. Eventually you will understand thats the only way you will feed me. You think the pain in my throat will change my mind. But the toxic mold hurt. The two hours of sleep the fake mattress and steel bed provide me and the compounding sleep deprivation, that cannot be dealt with through pills, because such mind altering pills will take away my natural abilities to express myself and take part in trial are quite painful. And the meals I ate on my final day of eating gave me food poisoning that hurt more than not eating for 9 days. Your tubes will be less painful than then the conditions of this detention. ✱ I forgot to ask if you will also allow me time in the yard like any death row inmate would recieve. For the record I am not on a liquid strike. There is something very wrong with the water in the observation room it is likely riddled with toxic metals. I will drink any water I can supply myself and pour myself without fear the federal government added something to it. But I will not drink the observation room water as it would fail EPA guidelines. ✱

P.S. I also ask for access to a journalist.

P.S.S. I also ask for the right to have books in observation.

Jonathan Lyman 10/15/23

P.S.S.S An observation room is not a torture room. Sleep deprivation is a form of torture, should I be put in those I must be given an eye mask to prevent 24/7 light from torturing me.

October or
Early November

1st Amendment

"Congress shall make No law respecting the establishment of religion or prohibiting the free exercise of thereof; or abridging the freedom of the press; or the right of the people to peacefully assemble, and to petition the government for a redress of grievances"

provided by law library /

definitions:  from Random house dictionary of the english language

respecting: regarding; concerning

establishment: to found, institute, build, or bring into being on a firm or stable basis

prohibiting: forbidding by authority or law; prevent or hinder the action of

abridging: shortening by omissions while retaining the basic contents of; reduce or lessen duration scope or authority
diminish; curtail; deprive; cut off

petition: a formally drawn request, often (but not always bearing the names of a number of those making the request, that is addressed to a person or group of persons in authority or power soliciting some favor, right, mercy, or benefit; something that is sought by request or entreaty; to beg or request;

entreaty: earnest request or petition; supplication; plea or appeal

earnest: serious intention, purpose, or effort; sincerely zealous; seriously important, demanding or receiving serious intention; ⓠ a portion of something that is given in advance as a pledge of the remainder; anything that gives a pledge, promise, or indication of what is to follow

supplication: to pray humbly; make humble and earnest entreaty or petition

zealous: full of or characterized by fervor, for a person, cause, or object; eager desire or endeavor; enthusiastic dilligence; ardor

humble: not proud or arrogant; modest; having a feeling of insignificance; inferiority subserviance; to lower in condition, importance or dignity; abase

*Not really applicable*

October @
Early November

abase: to reduce or lower, as in rank office, reputation, or estimation; humble, degrade; to put lower or bring down; humble; degrade

redress: the setting right of what is wrong; relief from wrong or injury; compensation or satisfaction for a wrong or injury; to set right; remedy; or repair; to correct or reform (abuses, evils); to remedy or relieve (suffering, want)

injury: harm or damage that is done or sustained; a particular form of instance or harm; "an injury to ones shoulder; an injury to ones pride"; wrong or injustice done or suffered; any wrong or violation of the rights, property, or reputation of another; unlawful conduct, injustice

grievances: a wrong considered as grounds for a complaint or something believed to cause distress; a complaint or resentment as against an unfair act

assemble: to bring together or gather into one place, company, body, or whole; to put or fit together; put together the thoughts of;

body: (13) the principal part of a speech or document, minus introduction conclusion, or indexes, (19) consistency or density; richness; substance; (23) to support oneself; maintain life (27) of or pertaining to the main heading matter of a book; article; etc.

October or early
November

"And the land came down to see the city and the tower, which the children of men builded"

~ God did not need to come down for he could see all. But he did so to teach us that a judge must not condemn the accused until he has seen for himself.

–the idiom 'descending to see' is employed where an action does not itself merit punishment but leads to something that will

I have not only a Sixth amendment right for my whole case to be seen and judged, from the first death threat I heard in ocean County to the lockdowns of this detention center, but also a first amendment Jewish right. The Ocean County prosecutor violated my religion withholding police reports in the second amendment case, and Judge Rahill violated my religion by refusing to enforce or order discovery. The US Attorneys office or judge in this case will be violating my religion and is violating my right to religious expression by denying me full discovery and setting conditions that prevent full discovery into my case. The lack of access to law library, competent attorneys with time to hear my full case and story, and judges and prosecutors who will restrict what I share with the jury, will violate my first amendment rights.

The first amendment states Congress shall make no law respecting the establishment of religion or prohibiting the free exercise thereof;

prohibiting: forbidding by authority or law; prevent or hinder the action of

My remand detention hinders my first amendment jewish right to present a fair and full case. Its sleeping conditions, its lack of access to legal materials, and it's restriction

October or
Early November

Courts § 95

"The problem of where the line should be drawn in permitting restrictions on the rights of free speech is, although in the first instance for a legislative body, a question which the Supreme court of the United States must answer independently in light of constitutional traditions, whatever the legislative judgement must be." ✳

Fourteenth amendment makes first amendment applicable to states [And amendment makes first amendment applicable to it] Murdock vs Pennsylvania   87 LED 1292, 319 US 105

Provisions of first amendment are binding through due process clause

Con law, § 930 "Cons protection of freedom of religion is not confined to evangelism of the ortho types, but includes spreading of religious beliefs or preaching of gospel, through the distribution of religious literature d through personal visits"!

Ⓑ The right to disseminate religious beliefs through distribution of literature, under the constitutional guaranty of freedom of religion, is not to be denied merely because the literature is provacative or abusive, or because it attacks other religions."

Limit placed upon power of states by 14th amendment is not narrower than that placed upon national government by first amendment Hase vs United States 129 E 2d 204 (1942)

Fourteenth amendment incorporates first Amendments protection of free speech &

*Front & Back*

---

**131SCT1207, 179 LED2D 172, 562 U.S. 443  SNYDER v. PHELPS**

---

**ALBERT SNYDER, Petitioner**

*vs.*

**FRED W. PHELPS, SR., et al.**

**562 US 443,  131 S Ct 1207, 179 L Ed 2d 172, 2011 US LEXIS 1903**

[No. 09-751]

**Argued October 6, 2010.**

**Decided March 2, 2011.**

**DECISION**

Federal Constitution's First Amendment free-speech protection held to shield church and some church members from tort liability for asserted intentional infliction of emotional distress allegedly resulting from members' anti-homosexual picketing at funeral of Marine killed in Iraq.

*Prior history:* 580 F.3d 206, 2009 U.S. App. LEXIS 21173

**SUMMARY**

*Procedural posture:* Petitioner father of a marine who was killed in the line of duty won a jury verdict from defendant protestors who picketed for about 30 minutes before the funeral began on public land approximately 1,000 feet from the church where the funeral was held. The United States Court of Appeals for the Fourth Circuit reversed the verdict concluding that the protestors' statement were entitled to First Amendment protection. Certiorari was granted.

*Overview:* The content of the protestors' signs plainly related to broad issues of interest to society at large, rather than matters of purely private concern. While the messages may have fallen short of refined social or political commentary, the issues they highlighted-the political and moral conduct of the United States and its citizens, the fate of the nation, homosexuality in the military, and scandals involving the Catholic clergy-were matters of public import. The context of the

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

F & R

speech and its connection with the funeral did not make the speech a matter of private rather than public concern. Simply put, the protestors had the right to be where they were. They alerted local authorities to their funeral protest and fully complied with police guidance on where the picketing could be staged. The picketing was conducted under police supervision some 1,000 feet from the church, out of the sight of those at the church. The protest was not unruly; there was no shouting, profanity, or violence. Any distress occasioned by the picketing turned on the content and viewpoint of the message conveyed, rather than any interference with the funeral itself.

*Outcome:* The judgment of the United States Court of Appeals for the Fourth Circuit was affirmed. 8-1 Decision; one concurrence; one dissent.<**pg. 173**>

## RESEARCH REFERENCES

U.S.C.S., Constitution, Amendment 1

15 Moore's Federal Practice § 101.61 (Matthew Bender 3d ed.)

L Ed Digest, Constitutional Law §§ 934, 937, 938, 964

L Ed Index, Picketing<**pg. 175**>

## ANNOTATION REFERENCES

Supreme Court's construction and application of Supreme Court Rule 14 (and similar predecessor provisions), prescribing requirements of petition for certiorari. 118 L. Ed. 2d 665.

Governmental regulation of nonlabor picketing as violating freedom of speech or press under Federal Constitution's First Amendment-Supreme Court cases. 101 L. Ed. 2d 1052.

Progeny of New York Times v. Sullivan in the Supreme Court. 61 L. Ed. 2d 975.

Supreme Court's views as to the federal legal aspects of the right of privacy. 43 L. Ed. 2d 871.

The Supreme Court and the right of free speech and press. 93 L. Ed. 1151, 2 L. Ed. 2d 1706, 11 L. Ed. 2d 1116, 16 L. Ed. 2d 1053, 21 L. Ed. 2d 976.

## HEADNOTES

Classified to U.S. Supreme Court Digest, Lawyers' Edition

**Certiorari petition**

2LED2D                                              2

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

79509510

F & B

### *L Ed Digest: Appeal § 1087.3*

1. A petition for a writ of certiorari must contain a statement setting out the facts material to consideration of the question presented. (Roberts, Ch. J., joined by Scalia, Kennedy, Thomas, Ginsburg, Breyer, Sotomayor, and Kagan, JJ.)

**State law - emotional distress**

### *L Ed Digest: Torts § 3*

2. To succeed on a claim for intentional infliction of emotional distress in Maryland, a plaintiff must demonstrate that the defendant intentionally or recklessly engaged in extreme and outrageous conduct that caused the plaintiff to suffer severe emotional distress. (Roberts, Ch. J., joined by Scalia, Kennedy, Thomas, Ginsburg, Breyer, Sotomayor, and Kagan, JJ.)

**Defense - First Amendment**

### *L Ed Digest: Torts § 5*

3. The Free Speech Clause of the First Amendment-Congress shall make no law abridging the freedom of speech-can serve as a defense in state tort suits, including suits for intentional infliction of emotional distress. (Roberts, Ch. J., joined by Scalia, Kennedy, Thomas, Ginsburg, Breyer, Sotomayor, and Kagan, JJ.)

**Free speech - public and private issues - degrees of protection**

### *L Ed Digest: Constitutional Law § 927*

4. Speech on matters of public concern is at the heart of the First Amendment's protection. The First Amendment reflects a profound national commitment to the principle that debate on public issues should be uninhibited, robust, and wide-open. That is because speech concerning public affairs is more than self-expression; it is the essence of self-government. Accordingly, speech on public issues occupies the highest rung of the hierarchy of First Amendment values, and is entitled to special protection. Not all speech is of equal First Amendment importance, however, and where matters of purely private significance are at issue, First Amendment protections are often less rigorous. That is because restricting speech on purely private matters does not implicate the same constitutional concerns as limiting speech on matters of public interest: there is no threat to the free and robust debate of public issues; there is no potential interference with a meaningful dialogue of ideas; and the threat of liability does not pose the risk of a reaction of self-censorship

2LED2D                                                              3

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

on matters of public import. (Roberts, Ch. J., joined by Scalia, Kennedy, Thomas, Ginsburg, Breyer, Sotomayor, and Kagan, JJ.)

**Free speech - public concern**

### *L Ed Digest: Constitutional Law § 927*

5. Speech deals with matters of public concern when it can be fairly considered as relating to any matter of political, social, or other concern to the community, or when it is a subject of legitimate news interest; that is, a subject of general interest and of value and concern to the public. The arguably inappropriate or controversial character of a statement is irrelevant to the question whether it deals with a matter of public concern. (Roberts, Ch. J., joined by Scalia, Kennedy, Thomas, Ginsburg, Breyer, Sotomayor, and Kagan, JJ.)

**Record - free speech - factors**

### *L Ed Digest: Appeal § 1452<\*pg. 174>*

6. Deciding whether speech is of public or private concern requires a court to examine the content, form, and context of that speech, as revealed by the whole record. As in other First Amendment cases, the court is obligated to make an independent examination of the whole record in order to make sure that the judgment does not constitute a forbidden intrusion on the field of free expression. In considering content, form, and context, no factor is dispositive, and it is necessary to evaluate all the circumstances of the speech, including what was said, where it was said, and how it was said. (Roberts, Ch. J., joined by Scalia, Kennedy, Thomas, Ginsburg, Breyer, Sotomayor, and Kagan, JJ.)

**Free speech - public forum**

### *L Ed Digest: Constitutional Law § 938*

7. Public places adjacent to a public street occupy a special position in terms of First Amendment protection. Public streets are the archetype of a traditional public forum; time out of mind public streets and sidewalks have been used for public assembly and debate. (Roberts, Ch. J., joined by Scalia, Kennedy, Thomas, Ginsburg, Breyer, Sotomayor, and Kagan, JJ.)

**Free speech - time, place, or manner**

### *L Ed Digest: Constitutional Law § 937*

2LED2D           **4**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

79509510

F + B

8. Even protected speech is not equally permissible in all places and at all times. A protestor's choice of where and when to conduct picketing is not beyond the Government's regulatory reach-it is subject to reasonable time, place, or manner restrictions that are consistent with the standards announced in U.S. Supreme Court precedents. (Roberts, Ch. J., joined by Scalia, Kennedy, Thomas, Ginsburg, Breyer, Sotomayor, and Kagan, JJ.)

**Free speech - offensiveness - residence**

*like hearings conducted and arranged through email NJ can choose to direct or block or ignore?*

*L Ed Digest: Constitutional Law § 934, 937*

9. In most circumstances, the Constitution does not permit the government to decide which types of otherwise protected speech are sufficiently offensive to require protection for the unwilling listener or viewer. Rather, the burden normally falls upon the viewer to avoid further bombardment of his sensibilities simply by averting his eyes. As a result, the ability of government, consonant with the Constitution, to shut off discourse solely to protect others from hearing it is dependent upon a showing that substantial privacy interests are being invaded in an essentially intolerable manner. As a general matter, the U.S. Supreme Court has applied the captive audience doctrine only sparingly to protect unwilling listeners from protected speech. For example, it has upheld a statute allowing a homeowner to restrict the delivery of offensive mail to his home and an ordinance prohibiting picketing before or about any individual's residence. (Roberts, Ch. J., joined by Scalia, Kennedy, Thomas, Ginsburg, Breyer, Sotomayor, and Kagan, JJ.)

## SYLLABUS

For the past 20 years, the congregation of the **Westboro Baptist** Church has picketed military funerals to communicate its belief that God hates the United States for its tolerance of homosexuality, particularly in America's military. The church's picketing has also condemned the Catholic Church for scandals involving its clergy. Fred Phelps, who founded the church, and six **Westboro Baptist** parishioners (all relatives of Phelps) traveled to Maryland to picket the funeral of Marine Lance Corporal Matthew Snyder, who was killed in Iraq in the line of duty. The picketing took place on public land approximately 1,000 feet from the church where the funeral was held, in accordance with guidance from local law enforcement officers. The picketers peacefully displayed their signs-stating, e.g., ``Thank God for Dead Soldiers,'' ``Fags Doom Nations,'' ``America is Doomed,'' ``Priests Rape Boys,'' and ``You're Going to Hell''-for about 30 minutes before the funeral began. Matthew Snyder's father (Snyder), petitioner here, saw the tops of the picketers' signs when driving to the funeral, but did not learn what was written on the signs until watching a news broadcast later that night. *Thank god for dead soldiers = the world is better off if you*

Snyder filed a diversity action against Phelps, his daughters-who participated in the *died.. Or I hope you get blown up by an IED*

2LED2D                                    5

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

picketing-and the church (collectively **Westboro**) alleging, as relevant here, state tort claims of intentional infliction of emotional distress, intrusion upon seclusion<\*pg. 176> , and civil conspiracy. A jury held **Westboro** liable for millions of dollars in compensatory and punitive damages. **Westboro** challenged the verdict as grossly excessive and sought judgment as a matter of law on the ground that the First Amendment fully protected its speech. The District Court reduced the punitive damages award, but left the verdict otherwise intact. The Fourth Circuit reversed, concluding that Westboro's statements were entitled to First Amendment protection because those statements were on matters of public concern, were not provably false, and were expressed solely through hyperbolic rhetoric.

*Held:*

The First Amendment shields **Westboro** from tort liability for its picketing in this case. Pp. -- - --, 179 L. Ed. 2d, at 180-186.

(a) The Free Speech Clause of the First Amendment can serve as a defense in state tort suits, including suits for intentional infliction of emotional distress. Hustler Magazine, Inc. v. Falwell, 485 U.S. 46, 50-51, 108 S. Ct. 876, 99 L. Ed. 2d 41. Whether the First Amendment prohibits holding **Westboro** liable for its speech in this case turns largely on whether that speech is of public or private concern, as determined by all the circumstances of the case. ``[S]peech on public issues occupies the ' ``highest rung of the hierarchy of First Amendment values'' ' and is entitled to special protection.'' Connick v. Myers, 461 U.S. 138, 145, 103 S. Ct. 1684, 75 L. Ed. 2d 708. Although the boundaries of what constitutes speech on matters of public concern are not well defined, this Court has said that speech is of public concern when it can ``be fairly considered as relating to any matter of political, social, or other concern to the community,'' id., at 146, 103 S. Ct. 1684, 75 L. Ed. 2d 708, or when it ``is a subject of general interest and of value and concern to the public,'' San Diego v. Roe, 543 U.S. 77, 83-84, 125 S. Ct. 521, 160 L. Ed. 2d 410. A statement's arguably ``inappropriate or controversial character . . . is irrelevant to the question whether it deals with a matter of public concern.'' Rankin v. McPherson, 483 U.S. 378, 387, 107 S. Ct. 2891, 97 L. Ed. 2d 315. Pp. -- - --, 179 L. Ed. 2d, at 180-182.

To determine whether speech is of public or private concern, this Court must independently examine the `` 'content, form, and context,' '' of the speech ``as revealed by the whole record.' '' Dun & Bradstreet, Inc. v. Greenmoss Builders, Inc., 472 U.S. 749, 761, 105 S. Ct. 2939, 86 L. Ed. 2d 593. In considering content, form, and context, no factor is dispositive, and it is necessary to evaluate all aspects of the speech. Pp. -- - --, 179 L. Ed. 2d, at 181-182.

The ``content'' of Westboro's signs plainly relates to public, rather than private, matters. The

2LED2D                                           6

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

11/30/23

Addendum

US District Court,

For the record, there is very little proof Jonathan Lipman wrote some or all of the discovery contained in the US attorneys office filling.

With that, said it seems like the US Attorney's office's case rests on a single thread, a photo of what is perceived to be a gun, incorrectly, because of the governments first amendment failure by judges and investigatorsto investigate in full issues related to or caused by alleged exercises in first amendment rights.

From what I can see in discovery ~~_____~~   Jonathan Lipman was charged with one count because a photo was sent to the email address of a government official, a judge. And this judge perceived it as a threat. Its entirely possible this judge has issues with perception biased by personal fears supposed to be left home.  In fact it seems likely from the discovery that this photo wasnt a threat at all.  Its writer, who there is actually no solid proof was Jonathan Lipman, may have been simply asking a judge who removed a persons ~~___~~ second amendment rights without full discovery or investigation into their first amendment protected speech, if they were still able to own photos of guns or that if photos could lead to their arrest. Look at the words: "Is a photo a crime."  The US attorney's office submits way more discovery regarding other government email addresses that belong not to an individual who lose these emails if they lost their authority, but the people and the taxpayer who funds these emails. The entire case seems to rest on one photo, misinterpreted, multiple governments failed to investigate, including the alleged victim who denied discovery into the Los Angeles Police Departments warantless search of an apartment a year earlie and examining the contents of this photo. Its ~~_____~~ entirely possible defendant purpose-ly got red flag lawed having reviewed constitutional law with the expectation a judge in a constitutional rights case was obligated to allow full discovery without cost to the defen-ndant into police departments and their ~~_____~~ body cams and years of harassment for exercising first amendment rights with falsely alleged "welfare checks".

Also for the record, the J sieja hand written document is the document read to the magistrate court regarding the prisons 1st amendment violating conduct ending a hunger strike without court order.

I intend to maintain a coorespondence with the court. I share with it information that could be used against me bec-ause the public defenders office has failed to timely or comp-etently represent me, because this detentions conditions are harming me, and because my detention comes at great expense to the american taxpayer. I seek an ending that honors the con-stitutional rights of American sitizens and limits damages to all, including a court with an overburdened calendar, a public defender and prosecutor with an excessive caseload, and a jury that has been denied understanding of their constitution for decades and may succumb to emotional reactions to words rather than fulktilling statutes to the letter of the law and honoring constitutional rights and rulings.

TRULINCS  79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S

---------------------------------------------------------------------------------------------------------------

FROM: 79509510
TO:
SUBJECT: Emails that follow
DATE: 12/05/2023 02:10:54 PM

US District Court,

These records in the prison email systems were kept and documented to protest the conditions of this detention center, the US Prosecutors office, the Federal Governments Bureau of Prisons, the Federal Governments Public defenders office, and potentially the Federal Governments District Court. Defendant has been prior to guilt, remanded in potentially a 1st, 4th, 5th, 6th, 8th, 9th, 10th and 14th amendment violating detention center and remand. The defendant levied these written protests in email following unconstitutional responses by the detention center to a first amendment protected hunger strike. They did this at great risk to their limited detention freedoms and further risk to their already damage well-being. But they risked being put in an observation room naked that tortures with cold and light for the good of civil rights and their fellow humans who have or could suffer the same conditions. [For the record the center supposedly destroys email records after 60 days. I cant see them though I cannot be certain they do not remain.]

To this point, the Federal Governments Public Defenders office has refused to ask defendant for testimony of actions or inactions, has failed to subpoena or make FOIA requests of involved governments upon months of defendants suggestion and request, refused to raise complaints regarding Federal Governments Bureau of Prisons conditions or Federal US Attorneys offices misstatements or time taken collecting discovery, and seemingly has yet to review discovery. The defendant suffers detention, possibly unconstitutionally, due to federal governments delays.

TRULINCS  79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S

--------------------------------------------------------------------------------------------------

FROM: 79509510
TO: Medical Records
SUBJECT: ***Request to Staff*** LIPMAN, JONATHAN, Reg# 79509510, LOS-H-S
DATE: 09/28/2023 10:07:36 AM

To: "medical"
Inmate Work Assignment: none

My apologies if I am contacting the wrong department.  I am not sure which department would be the best to contact.  I have only been told by psychology that I need to contact "medical".

I am as of writing this 65 hours into a hunger and liquid strike.  I have yet to feel hungry or thirsty. I at this point am showing no ill effects that I can attribue to this hunger strike.  I am asserting my first amendment right to this hunger strike in accordance with the two religions I follow the principles and protocols of: Judaism and Buddhism. With that said, I will not stop the prison from forcing feeding me when they make that from my opinion first, fourth, and sixth amendment violating decision to violate my right to exercise the religious principle of a hunger strike. [Admittedly this hunger strike is also being undertaken as a first amendment protectd protest of Lacey Township New Jersey, Ocean County New Jersey, Oceanport New Jersey, Monmouth County New Jersey, The New Jersey State Police, The Los Angeles Police Department, The Los Angeles Superior Court, The Federal Bureau of investigation, California Magistrate Courts, and the US "Justice" Department. I AM NOT PROTESTING THE CONDITIONS OF THIS PRISON OR THE GUARDS, though their inability to assist my basic requests due to protocols and the system and not their own personal decision is worthy of its own protest.]

I am attempting to contact medical to explain an underlying condition related to sleep that is likely going to effect any doctors ability to take my vitals and determine whether the hunger strike is effecting my health rather than the underlying condition. It IS related to the conditions of this prison as the steel bed is causing my back so much pain I cant sleep and the noises of the guards walking around is as well. It is possible that my underlying condition has another cause, but that condition occurred nearly 2 months before this hunger strike, so what I know is my condition, which seems likely to be low blood pressure causing the symptoms, CANNOT currently be caused by this first amendment protected hunger strike.

On about August 9th, 2023 I began experiencing symptoms that peaked aound August 20th, 2023 and slowly subsided with less painful but still concerning reoccurances. By August 15th I felt like I was dying. I have never felt worse in my life.

The best way of describing it is it felt like something was poisoning me. I had pains around my heart, labored breathing, general weakness, my fingers, toes, and extremities were numb, I was dizzy and lightheaded, I had problems with my eyes adjusting to light and dark sensitivity, and I had mental clarity/focus issues related to short term memory.

For a week I kept this to myself because my healthcare was terrible and I would be better off letting it clear up on its own.  But it didnt.

From August 11th to August 28th or so I attempted a series of detoxes I cant legally explAIN with a substance known to bind to chemicals in your body and is also eliminated in 3 - 6 hours. It diminished my symptoms for days but they returned, though slightly diminished.

Because they didnt diminish completely I attempted to see my doctor but couldnt get an appointment for weeks.

On August 30th, 2023 I went to hospital. The hospital did limited tests. But because of my healthcare and the fact it was a hospital in a wealthy area, their tests were rather limited. They did a blood test to check my kidney or liver function and either an EKG or ECG. They found my heart and vital organs to be normal.

I will continue this email in another as my time limit is about to expire causing the screen to close.

*It is possible I was suffering from minoxidil toxicity. I was refered to an infectious disease specialist prior to arrest but had yet to see them. Prison offered to laughably give me ibuprofen*