TRULINCS  79509510 - LIPMAN, JONATHAN - Unit: LOS-H-S

---------------------------------------------------------------------------------

2:23-cr-00491-FLA
United States v Jonathan Lipman
Motion to schedule hearings

FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2024

CENTRAL DISTRICT OF CALIFORNIA
BY          CICO          DEPUTY

Pro Se defendant Jonathan Lipman motions for preliminary scheduling of hearing for reconsideration of defendants remand and a new pretrial conference based on new information, a change in circumstances, and a challenge to the factuality and truthfulness of statements made by U.S. Governments Probation, U.S. Governments Attorney's Office, and U.S. Governments Federal Public Defenders Office. Defendant motions for two separate hearings because the hearing on November 17th, 2023 that was scheduled to serve both the defendants appeal of remand and pre trial issues that required conference only focused on remand, spending no time discussing pretrial issues, but defendant will accept one hearing that grants the appropriate time for both issues to be discussed. Defendant seeks redress issues of remand and misstatement of facts by government to acheive remand "to serve the ends of justice", prevent "a miscarriage of justice", serve the "best interest of the public" and their right to the full truth of this matter and prevent defense counsel a denial of resources "necessary for effective preparation" and ensure the "effective counsel" defendant has to this point been denied by federal governments attorney's office, district court, and public defender.

Defendant will submit in the coming days more detailed motions of these remand issues and misstatements by afforementioned governments and only informs the court now on January 29th, 2024 in an attempt to preliminarily schedule these hearings. Defendant intends to subpoena and/or motion for U.S. District Court to order U.S Governments Attorneys Office, Probation, Los Angeles Police Department, Los Angeles Downtown Medical Center, New Jersey Governments and other governments for documents releases related to claims made to justify remanding defendant made by Probation and U.S. Attorneys Office. Some of these documents are also necessary for trial but are at this time sought to discuss failures/issues of defendants remand for effecting "justice" and the revelation of "truth".

Defendant is respectfully seeking to be noticed of these hearings. Defendant will submit stamps and envelope with with packet incoming in a few days.

Defendant also seeks conference/meeting with Attorney's Office outside of Court before this scheduled hearing to attempt to come to an agreement regarding conditional end to remand and issues of pretrial detention without court intervention or burden on the courts calendar. Defendant does not seek to flee; only to serve justice and the truth. They are willing to work with Attorney's Office to accomplish that and alleviate any past concerns of flight or obstruction of justice. The record, including that which government used to justify defendants remand, will show defendant seeks justice, even at their own expense and has never sought to flee it.



Jonathan Lipman 99509-510
Metropolitan Detention Center Los Angeles
P.O. Box 531500
Los Angeles CA 90053

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB - 1 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LOS ANGELES CA 900

30 JAN 2024   PM 11 L

Fernando L Aenll-Rocha
1st Street Courthouse
350 W 1st Street
Courtroom 6B 6th Floor
Los Angeles, 90012

90012-456420

legal mail

