2:23-cr-00491-FLA

FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

February 6th 2024

Motion to Read this document

Yesterday motions to dismiss case on 1st, 4th, 6th, and 8th amendment grounds, motions to end remand, and motions regarding detention issues were mailed to U.S. district court and U.S. Attorneys office. I only recieved certified mail slips today, have limited stamps, and my unit moved to another unit today so I mailed it out at the only chance I knew I had. I am currently in a unit without a printer that is locked down for 20 hours a day indefinitely due to repairs on another floor. My presumptions of detention condition deteriorations due to this move were proven true.

I will be giving detention center a writ of Habeas Corpus ad subjiciendum in the near future and do my best to share it with the Attorney's Office and Court if these restrictions on my liberties, specifically my sixth amendment rights continue.

[I cannot be sure those documents were mailed out by the detention center.]

Addendum:
① Marc Lipman agrees to 30k bond if necessary.

Jonathan Lipman 79509-510
Metropolitan Detention Center Los Angeles
P.O. Box 531500
Los Angeles CA 90053

LOS ANGELES CA  900
8 FEB 2024   PM 13 L



Fernando L Aenlle-Rocha
1st Street Courthouse
350 W 1st Street
Courtroom 6B 6th floor
Los Angeles CA 90012



Received
CLERK, U.S. DISTRICT COURT
FEB 1 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

CR Intake

90012-456424

