E. MARTIN ESTRADA
United States Attorney
MACK JENKINS
Assistant United States Attorney
Chief, Criminal Division
CLIFFORD D. MPARE (Cal. Bar No. 337818)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4962/0183
     Facsimile: (213) 894-0141
     E-mail:    clifford.mpare@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00491-FLA |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S EXHIBIT LIST</u> |
| v. | Trial Date:  March 26, 2024 |
| JONATHAN LIPMAN, | Trial Time:  8:30 a.m. |
|  | Location:    Courtroom of the |
| Defendant. |              Hon. Fernando L. |
|  |              Aenlle-Rocha |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Clifford D. Mpare and Daniel H. Weiner, hereby submits its Exhibit List in the above-captioned case.

//

//

The government respectfully reserves the right to supplement this exhibit list as needed.[1]

Dated: March 1, 2024             Respectfully submitted,

                                      E. MARTIN ESTRADA
                                      United States Attorney

                                      MACK E. JENKINS
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                            /s/
                                      CLIFFORD D. MPARE
                                      DANIEL H. WEINER
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

---

[1] The government sent its exhibit list to defendant's standby counsel, Joel Koury, via email on February 29, 2024. The government anticipates meeting and conferring with defendant and Mr. Koury about the exhibit list on Wednesday March 6, 2024. Accordingly, the government anticipates filing a joint exhibit list in advance of the March 8, 2024 pretrial conference.

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | **Defendant's Recorded Interviews** | | | | |
| 1 | Excerpt of September 15, 2023 Interview [3:53 – 4:16] | SA Tomes | | | |
| | **Communications Between Defendant and K.R.** | | | | |
| 2 | Summary Chart of Email Communications between Defendant and K.R. | SA Tomes | | | |
| 3 | Summary Chart of Email Communications between Defendant and K.R. (with Highlighted Messages) | SA Tomes | | | |
| 4 | Excerpt of February 1, 2023, Voicemail from Defendant to E.C. and K.R. | E.C. | | | |
| 5 | Excerpt of February 10, 2023, Voicemail from Defendant to E.C. and K.R. | E.C | | | |

|   |   |   |   |
|---|---|---|---|
|   | | [0:00 – 0:10] | |
| 6 | Excerpt of February 10, 2023, Voicemail from Defendant to E.C. and K.R.<br><br>[1:49 – 1:57] | E.C. | |
| 7 | Email from approximately 11:44 a.m. on February 1, 2023, sent by Defendant to K.R. | K.R. | |
| 8 | Email from approximately 10:20 a.m. on February 4, 2023, sent by Defendant to K.R. | K.R. | |
| 9 | Email from approximately 10:23 a.m. on February 4, 2023, sent by Defendant to K.R. | K.R. | |
| 10 | Email from approximately 10:31 a.m. on February 4, 2023, sent by Defendant to K.R. | K.R. | |
| 11 | Email from approximately 10:32 a.m. on February 4, 2023, sent by Defendant to K.R. | K.R. | |
| 12 | Email from approximately 10:34 a.m. on February 4, | K.R. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 2023, sent by Defendant to K.R. | | | | |
| | 13 | Email from approximately 10:43 a.m. on February 4, 2023, sent by Defendant to K.R. | K.R. | | | |
| | 14 | Email from approximately 3:01 p.m. on March 14, 2023, sent by Defendant to K.R. | K.R. | | | |
| | 15 | Email from approximately 3:02 p.m. on March 14, 2023, sent by Defendant to K.R. | K.R. | | | |
| | 16 | Email from approximately 3:55 p.m. on March 28, 2023, sent by Defendant to K.R. | K.R. | | | |
| | 17 | Email from approximately 3:58 p.m. on March 28, 2023, of email sent by defendant to K.R. | K.R. | | | |
| | 18 | Email from approximately 4:01 p.m. on March 28, 2023, sent by Defendant to K.R. | K.R. | | | |

| | | | | | |
|---|---|---|---|---|---|
| 19 | Email from approximately 9:45 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |
| 20 | Email from approximately 9:47 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |
| 21 | Email from approximately 9:48 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |
| 22 | Email from approximately 9:51a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |
| 23 | Email from approximately 10:10 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |
| 24 | Email from approximately 10:17 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |
| 25 | Email from approximately 10:33 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 26 | Email from approximately 10:41 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |
| 27 | Email from approximately 10:43 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |
| 28 | Email from approximately 11:17 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |
| 29 | Email from approximately 9:25 p.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | | | |
| 30 | Email from approximately 8:50 a.m. on September 22, 2023, sent by Defendant to K.R. | K.R. | | | |
| 31-90 | RESERVED | | | | |
| **Google Subscriber Records** | | | | | |
| 91 | Authentication Letter from Search Warrant Return re defendant's Google accounts | SA Tomes/902(11) | | | |

**DEFENSE EXHIBITS**

|   |   |   |   |   |
|---|---|---|---|---|