1  E. MARTIN ESTRADA
   United States Attorney
2  MACK JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   CLIFFORD D. MPARE (Cal. Bar No. 337818)
4  DANIEL H. WEINER (Cal. Bar No. 329025)
   Assistant United States Attorneys
5  General Crimes Section
        1200 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-4962/0183
        Facsimile: (213) 894-0141
8       E-mail:    clifford.mpare@usdoj.gov
                   daniel.weiner@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00491-FLA |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED VERDICT FORM |
| v. | Trial Date: March 26, 2024 |
| JONATHAN LIPMAN, | Trial Time: 8:30 a.m. Location: Courtroom of the Hon. Fernando Aenlle-Rocha |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Clifford D. Mpare and Daniel H. Weiner hereby submits its proposed verdict form.

//

//

The government respectfully reserves the right to supplement or revise the verdict form as needed.[1]

Dated: March 1, 2024        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

          /s/
CLIFFORD D. MPARE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] The government sent its proposed verdict form to defendant's standby counsel, Joel Koury, via email on February 29, 2024. The government anticipates meeting and conferring with defendant and Mr. Koury about the verdict form on Wednesday March 6, 2024. Accordingly, the government anticipates filing a joint verdict form in advance of the March 8, 2024 pretrial conference.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>JONATHAN LIPMAN,<br><br>              Defendant. | No. 2:23-CR-00491-FLA<br><br>VERDICT FORM |

**COUNT ONE**

1. We, the Jury, unanimously find the defendant JONATHAN LIPMAN (check one):

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of the offense charged in Count One of the Indictment, namely stalking of K.R.


DATED _____   in Los Angeles, California


_____
[FOREPERSON OF THE JURY]