TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-F-S

--------------------------------------------------------------------------------





2:23-cr-00491-FLA
United States v Jonathan Lipman

This is a motion to add documents to the record and to inform that record that the Federal Government Bureau of Prisons seems to be intentionally withholding or misplacing defendant Jonathan Lipmans legal mail, which it was at an earlier point scanning into the mail room computer and sending copies of through regular mail. Defendant is receiving other mail, specifically "reaching out" from a Jewish mail letter, but not the mail being sent from the district court or legal mail. This issue seems to have begun or been exacerbated when defendant served the United States Federal Governments Bureau of Prisons Metropolitan Detention Center (its Psychology department because captain, unit manager, and lieutenants refused to receive it) with a writ of Ha'beas Cor'pus ad Subjicien'dum for its failure to uphold 1st, 6th, or 8th amendment rights on February 9th, 2024.

Even though United States v Jones 2007, United States v Bowker 2004, United States v Conlan and many other cases have allowed letters to be sent to the court to redress issues, THIS IS NOT A LETTER. The court or its clerks may fail to uphold American Citizens first amendment rights to add to the court record; or it may have some sort of vested interest in preventing the keeping of a court record, but that does not make this denial of record constitutional.

Defendant has a constitutional right to add to the record, of which the federal court is supposed to keep. The conditions of the Federal Governments Attorney's Office and Bureau of Prisons are violative of multiple constitutional rights and grounds for a mistrial. The conduct of this governments Attorney's Office and Bureau of Prisons is unconstitutional and seems designed to prevent their accountability, or their attempts to withhold the full record demonstrates a failure of due process of law.

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-F-S

---

FROM: 79509510
TO: Lipman, Marc
SUBJECT: Hunger strike
DATE: 02/25/2024 08:12:46 PM

*2:23-cr-00491-FLA*
*United States v Jonathan Lipman*

I redeclare my hunger strike, resumed on February 20th, 2024. I exercise this first amendment protected religious right in protest of the state of New Jerseys defamatory and false claims about the intent of my conduct, the city of Los Angeles acting as an accomplice to disenfranchise me out of my constitutional rights, and the human and constitutional rights violating conditions of the United States of America Federal Government's Bureau of Investigation, Probation, Attorney's Office, District Court, and Bureau of Prisons.

I protest a United States of America Federal Government that has subverted the criminal justice system so that poor people are guilty until overcoming the insurmountably corrupted system that by design serves the wealthy and the powerful above all else. I protest a United States of America federal government that overcomes its systemic gross incompetence and negligence through the mutilation of the American peoples bill of rights.

I protest the federal governments violation of my first, fourth, fifth, sixth, eighth, and fourteenth amendment rights, the speedy trial rights act, the bail reform act, Americans right to a writ of ha'beas cor'pus ad subjicien'dum, and violations of the intended proscriptions of the act I am charged with, 2261, and its chapter 2263, which describes how and when a defendant should be remanded without bail in one of the United States of Americas many constitutional rights violating pretrial detention centers.

I have been denied a fair trial since I was arrested for exercising my first amendment rights without a Miranda warning and remanded in a detention center for a crime the very government that detained and arrested me determined I didn't commit 9 days later. I was originally remanded without bail by probation for exercising my fifth amendment rights in questions asked of me before the presence or retention of an attorney. I was denied a fair trial the moment this violation of my fifth amendment rights coerced me into retaining the same federal government that arrested me, the United States of America, as my attorney. I was denied a fair trial when this Federal Government Public Defender and the Federal Government Attorneys Office coauthored a motion to continue this trial in violation of the Speedy trial act and in contradiction of my vehement opposition to delay my trial due to the harmful, negative effects on my wellbeing of the constitutional rights violating metropolitan detention center Los Angeles.

I was denied a fair trial by the federal government public defenders office that justified violating my 6th amendment rights on claims it needed more time to investigate my case and conference with me regarding my intents; and then refused to speak to me for 6 weeks until I fired it and threatened it with a lawsuit. I was denied a fair trial by the federal government and a public defender and attorneys office that obviously operate, at times, with an implicit agreement of manipulating defendants into plea deals so that they can focus their resources on larger cases, regardless of the defendants guilt or the unconstitutionality of their charges.

I am denied a fair trial by the Federal Government Metropolitan Detention center Los Angeles 6th and 8th amendment violatingconditions in spite of Federal District Judge Aennle-Rocha, in an apparent lie or act of naivete, stating I would be granted the access and permissions needed to protect my 6th amendment rights to a fair trial and self representation. I havent had a working copy machine for months. After months of complaints the department in charge of this copy machine agreed to make copies for me but still goes home for the weekend forgetting my copies in a locked room and preventing me from sending them in the mail. I am denied access to adequate law library time. I am denied access to a typewriter or word composition program. I dont even have a space to work on my case privately. I cant review discovery out in the room shared by 100 people; they are too busy playing poker or watching tv or playing dice to allow me the room to compose my case. My shared cell is too crowded with other cellmates friends passing through to work on my case in my cell.

The Metropolitan Detention Center Los Angeles takes weeks to deliver my mail. They "accidentally" send mailed court documents to the female unit. My mail gets lost. It takes weeks if not a month for me to get court responses and filings or motions from the Attorney's Office files delivered. The District court imposes week deadlines for me to respond to Attorney's Office documents in spite of my complaints about detention center conditions. Deadlines are likely to pass because I didnt even receive the documents that required my response. The district court judge denies me court hearings to redress my issues representing myself in the detention center because I didnt pick a specific calendar day with an Attorney's Office that refuses to take my phone calls or set a conference with me; and in spite of their history of conferencing with other attorneys to remove defendants constitutional rights. I am denied private phone calls with attorneys or private investigators or paralegals. The only right I have in a United States of America Government Detention Center is to eat unhealthy foods that make an American food distributor rich, and to do the same illegal drugs people are arrested for selling that are easily available to buy in a Federal

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-F-S

---

Government prison.

The conditions of the detention center are awful. Its too loud to sleep. I have been threatened by guards and detainees. I have been denied a meal with limited sugar and adequate fiber for months. I havent seen the sun in 5 months. This whole pretrial is a sham, dragged out by federal government attorneys and defenders so the government can pretend Americas criminal justice system is fair and honest. These sham pretrial periods are dragged out so the government can intimidate and harass defendants into taking plea deals on threat of serving the ridiculous maximum sentence if they challenge this incompetent and corrupted governments protocols, methods, or motives. The whole point of pretrial detention is to ensure the innocent and the guilty take the plea deal and dont take part in trial; to deny the jury and "the people" the truth: that their government is incompetent, corrupt and willing to cheat Americans out of their constitutional rights.

I have been held in a federal detention center in the second largest city in america for an alleged crime that could have been ended by blocking or ignoring emails, as the first amendment intends to be the only course of controlling behaviors of words, 6 months before the federal government was comandeered by a state government with the intent to cover up a hate crime and a civl rights violation; comandeered to investigate me and intimidate me out of my constitutional right to expose these coverups. I am charged with a crime not for something I did or something that couldnt be stopped, but because I refused to succumb to township, county, city, state and federal governments attempting to intimidate me out of sending emails of protest to the governments protecting and serving themselves.

My crime is standing up for constitutional rights to police officers, judges and FBI agents who are paid too much money to subvert them; who are sworn to protect them. I suffer in a tiny cell because I used words with the intent to protest the dissolution of a bill of rights that once belonged to the American people, but was stolen from them by their government sometime between Ronald Reagans trickling down urine and George Bush's mission accomplished.

I have in my short time in this detention center witnessed Prison Captains threaten to throw me into cells with rapists in the solitary housing unit for exercising my first amendment right to go on a hunger strike and deny myself the only right the "United States of America" wants their citizens to have: consumption. I have watched mentally ill people have their heads slammed into a wall because three days locked in their cell with nothing but their thoughts caused them to have a breakdown. I watched psychological staff leave people in a room the lights are kept on 24 hours a day and temperatures kept below room temperature, naked with only a smock to wear. I listened to these naked peoples denied books and paper and any other entertainment crying and screaming as they lost their minds, for 5 or 7 or 10 days until they stopped having thoughts at all; until they stopped sharing these thoughts and ideations with a government only concerned with torturing them out of being a liability to their broken system. I have seen and heard guards out inmates as sex offenders to other inmates hoping the inmates will beat them up or worse, kill them, because they made the guard have to do their jobs and search their rooms for the contraband they use just to pass their traumatically dull days.

I look out my prison window and I see a city of greed. A country of selfishness. I watch lawyers in mercedes drive past homeless beggars. I see Police officers pull over minorities for being in the wrong race of car. I've watched as CNN pretends to care about the conditions of this detention center that locks hundreds of inmates down for months because their prison wasnt competent enough to prevent someone from getting stabbed to death. Ive listened as CNN pretends to care about the human rights of the American prisoner as it actually serves the American military industry's killing complex so that a soldier that manslaughtered Japanese civilians with his car gets released him from this detention center. I've watched CNN forget about the conditions the drug addicts, mentally ill and even wrongfully accused Americans are forced to suffer for months or years at a time with no rehabilitation or hope for change whatsoever.

I know my society is too self concerned with their possessions and their distractions to care what goes on in these American Concentration camps. I know my society wants to lock away and hide the problems of the systems they take part in and benefit from, but have no interest personally paying for. I know my society only cares about this corrupt system concentrating their fellow forgotten man 2 and half million at a time when it hurts them or affects their lives.

I will not take part in this broken system any longer. I will not take part in the "program" or let it program me. I will not allow the federal government to pretend that by feeding me it is taking care of me or providing for my personal, human or legal needs. I will not allow it to get away with pretending it presumed me to be innocent until proven guilty with the maintenance of my weight as my government attempts to make me wait until I no longer care about my rights or the truth of my actions. I will not enable the persecution of drug addicts, mentally ill peoples, people who were disenfranchised out of an "honest" life by their placement into the public fraud called the american criminal Justice before they were old enough to drink alcohol, or even the sex offender any longer. I am too sickened by it to eat, so I no longer eat the American fodder fed to me by the government to pretend it serves and protects people or their rights.

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-F-S

----------------------------------------------------------------------------------------------

The Metropolitan Detention Center Los Angeles Captain can strip me naked and torture me with light and cold. The Solitary housing Lieutenant can pepper spray me in the SHU for his enjoyment and pleasure. Corrections Officers can tell the unit I am a sex offender so that I am disowned, persecuted, and stabbed to death. The Unit Manager can lie to my face and say my constitutional rights will be honored and protected. The prison trust fund can take all by legal papers and lock them in their office for my entire unconstitutional sentence because the federal government cheated me out of, prevented me from, and motioned away my fair trial and ⬛ sharing the full story of my intent.

The U.S. Attorneys Office can use my hunger strike to claim exercising my constitutional rights demonstrate I am a mental incompetent and force on me an attorney that is not of my actual choice. The district court can continue to strike the full record of my intent from the peoples purview so that when the government gets a verdict that violates the constitution and the purpose of the law I am charged, "the people" have no knowledge of it. The federal bureau of Prisons can shove a tube down my throat three meals a day or tie me down in a four point room to torture me.

I WILL NEVER WILLINGLY SWALLOW WHAT THE FEDERAL GOVERNMENT TRIES TO FEED ME AGAIN UNTIL IT RETURNS MY FIRST, SIXTH AND EIGHTH AMENDMENT RIGHTS.

To quote a famous American who would rather overdose than accept Americas broken system, freedom is having nothing to lose. Without my constitutional rights I have nothing.

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-F-S

---

2:23-cr-00491-FLA

FROM: 79509510
TO: Clifford Mpare AUSA; Attorney's Office
SUBJECT: conference
DATE: 02/19/2024 08:10:14 PM

Attorneys Office,

If I was unclear on this due to my atypical formatting or motioning and lack of experience with protocols of government and trial, my apologies. I have attempted to call you, but your office doesn't seem to take calls from detention. The detention center also prevents emails from being sent to attorney's office from its email program.

I, Pro-se defendant Jonathan Lipman, request conference with assistant U.S. Attorney Clifford Mpare. As counsel, there is no reason for the attorneys office to deny me conference. This office and Clifford Mpare AUSA conferences with other attorneys of defendants. They not only emailed or spoke on the phone to my past counsel, federal governmnet (public defender), but they are emailing my stand by counsel Joel Koury, even floating offer of a plea deal, even though they are not technically my representation. I am within walking distance and the government can provide a private and safe room for this conference.

I have no problem with the Attorney's Office having a relationship with my standby counsel, conferencing with my standby counsel, or sharing information with my standby counsel. I am not the entity attempting to prevent information from being shared. I am not the entity that requested a second Faretta hearing to attempt to dissuade me or the court from my Pro-Se status and becoming my own counsel.

I have no right to prevent the exchange of information between attorneys or peoples. I would never even make such a request. But I kindly remind you that I am Pro-Se and serving at this time as my own counsel. Attorney's Office attended two hearings confirming this fact that I am Pro-Se and serving my own counsel. Attorneys Office should be confering with me regarding trial. If the standby attorney Joel Koury made the first contact, I apologize and offer no complaints at this time. But just want to be clear I am available, willing and requesting to confer with Attorney's Office directly as my counsel.

I am more forthcoming than your average defendant. I am not trying to obstruct the truth from coming out regardless of its consequences to me. I serve the truth and the constitution above myself and my interests in ways that have already been of great consequence to me and are likely as of writing this being used by Attorney's office to render my motions moot. Attorney's Office is more than welcome to use whatever I say as defendant or counsel in conference against me. If Attorney's Office wants to arrange my transport to the Attorney's Office within my walking distance and record this meeting on video, I welcome it.

I ask that aside from sharing information with my standby attoreny, that the Attorney's Office does not mistake standby attorney as defendants attorney. I, Jonathan Lipman, am my attorney and any conference that involves any sort of decision must go through me.

I once again seek conference with Attorneys Office to hear this plea offer (I will almost certainly not accept it as I am not guilty but always willing to listen); and to negotiate terms of my release so that justice, jury, and trial rights are protected.

Jonathan Lipman, Pro-Se
*Jonathan Lipman*

Stipulation: Joel Koury is permitted to make motions for resources, trial accesses, trial assistances, and any other aids of ease to serve Pro-Se defendants needs in a severley restricted detention. This letter/document is not a complaint regarding any actions taken by standby counsel Joel Koury at this time.

TRULINCS 79509510 - LIPMAN, JONATHAN - Unit: LOS-F-S

---

FROM: 79509510
TO: Attorney
SUBJECT: ***Request to Staff*** LIPMAN, JONATHAN, Reg# 79509510, LOS-F-S
DATE: 02/27/2024 08:53:55 AM

To: subpoenas
Inmate Work Assignment: none

This is notice that I intend to Subpoena and order the testimony of the following Metropolitan Detention Center Los Angeles employees: Captain J. Sieja, Unit Manager Musgray, Lieutenant Velasquez, and Psychologist Gonzalez. Defense seeks testimony for trial 2:23-cr-00491-FLA regarding defendant Jonathan Lipmans pretrial detention and their conduct during pretrial detention, specifically during periods of hunger strikes September 26, 2023 - October 6 2023 and February 9, 2023. Defendant went on a 9 day hunger strike upon detention in September ended by Captain Sieja and Unit Manager Musgray. Defendant went on a 1 day hunger strike and attempted to serve Unit Manager Musgray and Captain Sieja with a writ of ha'beas cor'pus to deal with violations of 6th, 8th, and 14th amendment rights; the hunger strike was ended by lieutenant velasquez and captain sieja under threats of further limitations of constitutional rights.

Defense also intends to subpoena defendant Jonathan Lipmans phone records, transcripts, and audio and reaffirms intention to subpoena video of 8S and vestibules September 27 to October 6 2023 and 9N February 8 - February 12, 2024.

Trial as of now is scheduled for March 26, 2024. Defense expects Detention Center Staff to be called as witnesses March 27 and March 28 in the federal courthouse walking distance from the detention center.

This is not a "letter"!

This is for the record; the eyes of lady Justice. Stop tampering with my legal mail and preventing me from a fair trial and document of the full record. Bureau of prisons and federal government employees. Stop "striking" the truth. I can "Strike" too. Hunger is your problem, not mine. The record in its full exists no matter how much you violate my constitutional rights.

Do not Read BOP.

## THIS IS NOT A LETTER!

This is for the record; the eyes of Lady Justice. Stop tampering with my legal mail and preventing me from a trial and document of the full record Bureau of prisons. Stop "striking" the truth. I can strike too. Hunger is your problem, not mine. The record in its full exists no matter how much you violate my constitutional rights.

## DO NOT READ BOP!

Jonathan Lipman 79509-510
Metropolitan Detention Center Los Angeles
P.O. Box 531500
Los Angeles CA 90053

LOS ANGELES CA 900
28 FEB 2024 PM 8 L

CR

Fernando L Aenlle-Rocha
1st Street Courthouse
350 W 1st Street
Courtroom 6B 6th Floor
Los Angeles CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 1 2024
CENTRAL DISTRICT
BY

90012-453699

