E. MARTIN ESTRADA
United States Attorney
MACK JENKINS
Assistant United States Attorney
Chief, Criminal Division
CLIFFORD D. MPARE (Cal. Bar No. 337818)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4962/0183
     Facsimile: (213) 894-0141
     E-mail:    clifford.mpare@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00491-FLA |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | Trial Date: March 26, 2024 |
| JONATHAN LIPMAN, | Trial Time: 8:30 a.m. |
| Defendant. | Location: Courtroom of the Hon. Fernando L. Aenlle-Rocha |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Clifford D. Mpare and Daniel H. Weiner, hereby submits its Exhibit List in the above-captioned case.

//

//

The government respectfully reserves the right to supplement this exhibit list as needed.

Dated: March 6, 2024                    Respectfully submitted,

                                                        E. MARTIN ESTRADA
                                                      United States Attorney

                                                      MACK E. JENKINS
                                                      Assistant United States Attorney
                                                      Chief, Criminal Division

                                                             /s/
                                                      CLIFFORD D. MPARE
                                                      DANIEL H. WEINER
                                                      Assistant United States Attorneys

                                                      Attorneys for Plaintiff
                                                      UNITED STATES OF AMERICA

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons[1] | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | **Defendant's Recorded Interviews** | | | | |
| 1 | Excerpt of September 15, 2023 Interview [3:53 – 4:16] | SA Tomes | Completeness (if admitted, entire interview should be admitted); U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); 5th Amendment; surreptitious recording; pre-trial errors/incomplete warrant | | |
|  | **Communications Between Defendant and K.R.** | | | | |
| 2 | Summary Chart of Email Communications between Defendant and K.R. | SA Tomes | Document is underinclusive and does not include emails to other individuals | | |
| 3 | Summary Chart of Email Communications between Defendant and K.R. (with Highlighted Messages) | SA Tomes | 1st Amendment; 5th Amendment; 6th Amendment; New Jersey court did not have jurisdiction over | | |

---

[1] Defendant objects to all of the government's exhibits pursuant to FRE 401, 402, 403, and the 4th Amendment to the U.S. Constitution.  Defendant also objects to all of the government's exhibits as they do not contain the "whole record" of the case.  Those objections are therefore not explicitly listed below.

| | | | | | |
|---|---|---|---|---|---|
| | | | defendant; defendant was forced to accept warrant and forced into trials | | |
| 4 | February 1, 2023, Voicemail from Defendant to E.C. and K.R. | E.C. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002) | | |
| 5 | Excerpt of February 10, 2023, Voicemail from Defendant to E.C. and K.R. [0:00 – 0:10] | E.C | Completeness (if admitted, entire voicemail should be admitted); U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002) | | |
| 6 | Excerpt of February 10, 2023, Voicemail from Defendant to E.C. and K.R. [1:49 – 1:57] | E.C. | Completeness (if admitted, entire voicemail should be admitted); U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002) | | |
| 7 | Email from approximately 11:44 a.m. on February 1, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | | |
| 8 | Email from approximately 10:20 a.m. on February 4, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | | |
| 9 | Email from approximately 10:23 a.m. on February 4, | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 2023, sent by Defendant to K.R. | | Coalition, 535 U.S. 234 (2002) | |
| | 10 | Email from approximately 10:31 a.m. on February 4, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 11 | Email from approximately 10:32 a.m. on February 4, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 12 | Email from approximately 10:34 a.m. on February 4, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 13 | Email from approximately 10:43 a.m. on February 4, 2023, sent by Defendant to K.R. | K.R. | Exhibit should include video referenced in link written in email; U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 14 | Email from approximately 3:01 p.m. on March 14, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 15 | Email from approximately 3:02 p.m. on March 14, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |

3

| | | | |
|---|---|---|---|
| 16 | Email from approximately 3:55 p.m. on March 28, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) |
| 17 | Email from approximately 3:58 p.m. on March 28, 2023, of email sent by defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) |
| 18 | Email from approximately 4:01 p.m. on March 28, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) |
| 19 | Email from approximately 9:45 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) |
| 20 | Email from approximately 9:47 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) |
| 21 | Email from approximately 9:48 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) |
| 22 | Email from approximately 9:51a.m. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); |

| | | | | | |
|---|---|---|---|---|---|
| | | on July 23, 2023, sent by Defendant to K.R. | | Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 23 | Email from approximately 10:10 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 24 | Email from approximately 10:17 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 25 | Email from approximately 10:33 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 26 | Email from approximately 10:41 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 27 | Email from approximately 10:43 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 28 | Email from approximately 11:17 a.m. on July 23, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 29 | Email from approximately 9:25 | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); | |

| | | | | | |
|---|---|---|---|---|---|
| | | p.m. on July 23, 2023, sent by Defendant to K.R. | | Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 30 | Email from approximately 8:50 a.m. on September 22, 2023, sent by Defendant to K.R. | K.R. | U.S. v. Hanna, 293 F.3d 1080 (9th Cir. 2002); Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |
| | 31-90 | RESERVED | | | |
| | **Google Subscriber Records** ||||| 
| | 91 | Authentication Letter from Search Warrant Return re defendant's Google accounts | SA Tomes/902(11) | 4th Amendment illegal warrant; 5th Amendment; 6th Amendment; Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) | |

**DEFENSE EXHIBITS**

| | | | | | |
|---|---|---|---|---|---|
| | Defendant reserves the right to identify exhibits, including his YouTube videos | | | | |