UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | 2:23-cr-00491-FLA-1 | Date: | March 25, 2024 |
|---|---|---|---|

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |
|---|---|
| Interpreter | N/A |

| Twyla Freeman | Wil Wilcox | Daniel H. Weiner / Clifford D. Mpare, Jr. |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jonathan Lipman | ✓ | ✓ | | Joel Koury, CJA (Standby counsel) | ✓ | ✓ | |
| | | | | Jonathan Lipman, Pro Se | ✓ | | |

**Proceedings:**     STATUS CONFERENCE (Held and Completed)

The transcript of the In Camera proceedings is sealed.  No party or individual may obtain a complete copy of the transcript of these proceedings without further order of the court, except as stated below.

The matter is called for hearing.

The courtroom is sealed.  The court holds an In Camera hearing with Jonathan Lipman appearing Pro Se and Standby counsel Joel Koury only.  The court orders that the court reporter's notes of today's hearing be unsealed only for the purpose of creating a transcript for standby counsel Joel Koury.  Mr. Koury is directed to create a redacted transcript to supply to the government.

The courtroom is unsealed, and government counsel are present.

For the reasons stated on the record in open court, the court elects pursuant to 18 U.S.C. § 4241 to order a mental competency hearing of Mr. Lipman.

The government and Mr. Koury are directed to meet and confer and submit a proposed order regarding the mental health professional who will conduct the mental evaluation of Mr. Lipman.  The mental health professional is authorized to review all documents filed by Mr. Lipman that were stricken by the court.

/ / /
/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

The April 2, 2024, trial date is vacated.

CC: PSA, USM

| | 1 | : | 11 |
|---|---|---|---|

Initials of Deputy Clerk  tf