## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:23-cr-00491-FLA-1 | Date: | April 26, 2024 |
|---|---|---|---|

Present: The Honorable **FERNANDO L. AENLLE-ROCHA, United States District Judge**

Interpreter   N/A

| Twyla Freeman | Myra Ponce | Clifford D. Mpare, Jr. |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jonathan Lipman | √ | √ | | Joel Koury, CJA | √ | √ | |

**Proceedings:    STATUS CONFERENCE** (Held and Continued)

The matter is called for hearing.  Also present is Agent Counsel for the Bureau of Prisons-Metropolitan Detention Center, Los Angeles, Emma Sholder and Health Services Administrator for the Bureau of Prisons-Metropolitan Detention Center, Los Angeles, Charles Park.  For the reasons stated on the record the matter is continued to May 1, 2024, at 10:00 a.m.

CC: PSA, USM

00   :   10

Initials of Deputy Clerk    tf