UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: 2:23-cr-00491-FLA-1  
Date: July 24, 2024

Present: The Honorable: **FERNANDO L. AENLLE-ROCHA**

Interpreter: N/A

| Twyla Freeman | Terri Hourigan | Clifford D. Mpare, Jr. / Daniel h. Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jonathan Lipman | ✓ | ✓ |  | Joel Koury, CJA | ✓ | ✓ |  |

**Proceedings:** **COMPETENCY HEARING (HELD/COMPLETED)**

==The transcript of the In Camera proceedings is sealed. No party or individual may obtain a complete copy of the transcript of these proceedings without further order of the court.==

The hearing is held.

Jonathan Lipman is placed under oath and examined.

For the reasons stated on the record and by a preponderance of evidence the court rules that Mr. Lipman is not competent to represent himself in pro se. Mr. Koury will remain counsel of record and will continue to represent Mr. Lipman throughout this action. Mr. Lipman can understand the nature and consequences of the proceedings against him and is able to assist properly in his defense.

The courtroom is sealed. The court holds an In Camera hearing with defendant and his counsel only.

The courtroom is unsealed, and the government is present.

For the reasons stated on the record the request to relieve appointed defense counsel is denied.

The government shall file a Speedy Trial Waiver by August 2, 2024.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Defense counsel shall file a Notice informing the court which motions, including docket number(s), will be withdrawn and/or seek rulings. Counsel shall meet and confer and include a briefing scheduling for defendant's motions that require a ruling.

CC: PSA, USM

                                                                                                                                                             00:57

**Initials of Deputy Clerk**  tf