**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| USA<br><br>PLAINTIFF(S)<br>v.<br><br>JONATHAN LIPMAN<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cr−00491−FLA<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 10/18/2024 | 131 | EX PARTE APPLICATION TO SUBSTITUTE ATTORNEY Daniel R Perlman in place of attorney Joel C. Koury Filed by Defendant Jonathan Lipman |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Proposed Order was not submitted or was not submitted as a separate attachment.

Filing is Not an "Ex parte" ...but a regular G−01 form, of which the Corresponding Proposed Order form (G−01) is MISSING and should have been submitted as a Separate attachment thereto.

Dated: 10/21/2024     By: _____
United States District Judge