1  **DANIEL R. PERLMAN (CAL. BAR NO. 236278)**
   **DANIEL PERLMAN LAW**
2  **3500 W. OLIVE AVENUE, 3RD FLOOR**
   **BURBANK, CA  90105**
3  **PHONE: 818-383-6692**
   **DANIEL@DANIELPERLMANLAW.COM**
4

5  **MARK A. MCBRIDE (CAL. BAR. NO. 226684)**
   **LAW OFFICES OF MARK MCBRIDE, P.C.**
6  **CERTIFIED CRIMINAL LAW SPECIALIST (CBLS)**
   **468 N. CAMDEN DRIVE, STE. 225**
7  **BEVERLY HILLS, CA  90210**
   **PHONE: 310-880-7120**
8  **MCBRIDELAW@GMAIL.COM**

9  ***Attorneys for Defendant***
   ***JONATHAN LIPMAN***
10

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**
                **WESTERN DIVISION**
13

14  | **THE UNITED STATES OF AMERICA,** | **Case No. 2:23-cr-00491-FLA** |
    |---|---|
15  | **PLAINTIFF,** | **DEFENDANT LIPMAN'S NOTICE OF MOTION AND MOTION TO SUSPEND THE PROCEEDINGS DUE TO INCOMPETENCY; MEMORANDUM IN SUPPORT; DECLARATION OF DANIEL L. PERLMAN; EXHIBIT A (FILED UNDER SEAL) [18 U.S.C. § 4241]** |
16  | | |
17  | **V.** | |
18  | | |
19  | | |
20  | **JONATHAN LIPMAN,** | |
21  | **DEFENDANT.** | **DATE: MAY 9, 2025** |
22  | | **TIME: 10:30 A.M.** |
    | | **PLACE: COURTROOM 6B** |
23  | | **FIRST STREET COURTHOUSE** |
24  | | **350 W. 1ST STREET, 6TH FLOOR** |
    | | **LOS ANGELES, CA  90012** |

25

26  *///*

27

28
                              - 1 -

DEFENDANT LIPMAN'S NOTICE OF MOTION AND MOTION TO SUSPEND PROCEEDINGS DUE TO
INCOMPETENCY; MEMORANDUM IN SUPPORT; DECLARATION OF DANIEL L. PERLMAN;
EXHIBIT A (FILED UNDER SEAL)

TO: THE CLERK OF THE COURT AND ASSISTANT U.S. ATTORNEYS CLIFFORD MPARE AND DANNY WEINER:

NOTICE IS HEREBY GIVEN that on May 9, 2025, at 10:30 a.m., or as soon thereafter as the matter be heard, in the above-captioned Court, Defendant Jonathon Lipman will move, and hereby does move, for an order suspending the proceedings due to incompetency. Mr. Lipman's motion is based on this notice of motion, the attached memorandum and declaration, Exhibit A (which has been filed under seal), all the files and records in this case, and on any evidence or argument which the Court seeks to receive at the upcoming hearing on this matter.

This motion is based upon the fact that both undersigned counsel have reason to believe that Mr. Lipman may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him *and* to assist properly in is defense. This belief is based upon a variety of things, not least both undersigned counsel's personal interactions with Mr. Lipman, their combined 45 years of experience in defending state and federal criminal matters throughout the United States, and, perhaps most importantly, the attached report of Dr. Malinek, which has been filed herewith under seal.

Undersigned counsel can represent, as officers of the Court, that they have met and conferred about this motion with Assistant United States Attorneys Mpare and Weiner, and that both gentlemen have indicated that the United States would respectfully oppose Mr. Lipman's request.

DATED: April 10, 2025          Respectfully submitted,

DANIEL PERLMAN LAW


_____/S/_____
Daniel Perlman
Mark McBride
Attorneys for Defendant Jonathan Lipman

- 2 -

## MEMORANDUM OF POINTS AND AUTHORITIES

### I

### INTRODUCTION

Mr. Lipman will keep this brief. As the Court knows, he is charged with one count of cyberstalking in violation of 18 USC § 2261A(1)(B(2). He has been in the custody of the U.S. Marshal since his arrest, in September 2023.

As undersigned counsel understand the matter, Mr. Lipman was sent out once before – whereby he was deemed competent to stand trial but not competent enough to represent himself. His current lawyers would respectfully disagree with this position—having visited him now several times now and particularly in light of Dr. Malinek's report, a true and correct copy of which is attached as Exhibit A (albeit filed under seal.) Without getting too far into it, the Court will see that Dr. Malinek is of the mind that Mr. Lipman is incompetent to stand trial.

### II

### LEGAL DISCUSSION

The operative statute provides in full:

> At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, or at any time after the commencement of probation or supervised release and prior to the completion of the sentence, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant. The court must grant the motion, or must order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering defendant mentally incompetent to the extent that he or she is unable to understand the nature and consequences of the proceedings or to assist properly in his or her defense.

*See* 18 U.S.C.A. § 4241(a).

A defendant is competent if he has the ability to "understand the proceedings and assist counsel in preparing a defense." *Miles v. Stainer*, 108 F.3d 1109, 1112 (9th Cir. 1997); *see also United States v. George*, 85 F.3d 1433, 1437 (9th Cir. 1996). ("[T]he court clearly has jurisdiction to determine whether an examination is necessary.") Psychiatric or

- 3 -

psychological examinations of the Defendant ordered pursuant to 18 U.S.C. § 4241(a) and (b) are to be conducted pursuant to the provisions of Section 4742 (b) and (c). Section 4742(b) provides that the Court may "commit the person to be examined for a reasonable period…to the custody of the Attorney General for placement in a suitable facility."

Without getting too far into it, not only does Dr. Malinek respectfully disagree with the previous examiner's conclusions (Ex. A, p. 8, at ¶4), but he explains *why* Mr. Lipman is incompetent to stand trial. (See Ex. A., at pp. 5, 6, and 13 as well as an email excerpt referenced by Dr. Malinek.)

### III

### CONCLUSION

Such as it is, Mr. Lipman would respectfully submit, through counsel, that he is presently incompetent to stand trial anytime soon, and he would respectfully request that the Honorable Court order that he be suitably placed in a facility which meets with the approval of the Attorney General.

DATED: April 10, 2025                    Respectfully submitted,


                                         DANIEL PERLMAN LAW



                                         _____/s/_____
                                         Daniel Perlman
                                         Mark McBride
                                         Attorneys for Defendant Jonathan Lipman

## <u>DECLARATION OF DANIEL PERLMAN</u>

I, Daniel Perlman, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. Along with co-counsel Mark McBride, I am counsel of record for Defendant Jonathan Lipman in the above-captioned matter. I make this declaration based on my personal knowledge and, if called upon to testify, I could and would competently testify to the facts stated herein.

2.      As the Court will recall, Mr. McBride and I substituted into this case on November 6, 2024.

3.      As I understand it, Mr. Lipman was sent out previously, and Dr. Freeman found that while Mr. Lipman lacked the competence to represent himself, he was generally overall competent to stand trial.

4.      Both Mr. McBride and I respectfully disagree with this assessment. Accordingly, we had Mr. Lipman sent out to Dr. Malinek for an independent, privately retained competency evaluation.

5.      A true and correct copy of Dr. Malinek's report is attached hereto as Exhibit A, albeit filed under seal.

6.      Without reinventing the wheel, the Court will note that Dr. Malinek does not believe that Mr. Lipman is presently competent to stand trial.

I declare under penalty of perjury, according to the laws of the United States of America, that the foregoing is true and correct this 10th day of April, 2025, at Studio City, California.

_____/s/_____
Daniel Perlman
Attorney at Law

- 5 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A
# (FILED UNDER SEAL)

DEFENDANT LIPMAN'S NOTICE OF MOTION AND MOTION TO SUSPEND PROCEEDINGS DUE TO
INCOMPETENCY; MEMORANDUM IN SUPPORT; DECLARATION OF DANIEL L. PERLMAN;
EXHIBIT A (FILED UNDER SEAL)