DANIEL R. PERLMAN (CAL. BAR NO. 236278)
MARK MCBRIDE (SBN 226684 (CCLS-CBLS)
DANIEL PERLMAN LAW
3500 W. OLIVE AVENUE, 3RD FLOOR
BURBANK, CA  90105
PHONE: 818-383-6692
DANIEL@DANIELPERLMANLAW.COM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>JONATHAN LIPMAN,<br><br>DEFENDANT(S). | CASE NUMBER: 2:23-CR-00491-FLA<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☒ Filed    ☐ Lodged:  (**List Documents**) <u>EXHIBIT A</u> IN SUPPORT OF DEFENDANT LIPMAN'S NOTICE OF MOTION AND MOTION TO SUSPEND PROCEEDINGS; MEMORANDUM OF DANIEL PERLMAN; MEMORANDUM IN SUPPORT

**Reason:**

☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

APRIL 10, 2025

_____/S/_____
DANIEL PERLMAN
Attorney Name
JONATHAN LIPMAN, DEFENDANT
Party Represented

*Note:*   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)         **NOTICE OF MANUAL FILING OR LODGING**