```
BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
CLIFFORD D. MPARE (Cal. Bar No. 337818)
Assistant United States Attorney
General Crimes Section
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
Transnational Organized Crime Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4962/0813
     Facsimile: (213) 894-0141
     E-mail:    clifford.mpare@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00491-FLA |
|---|---|
| Plaintiff, | EXHIBIT LIST |
| v. | Trial Date: May 13, 2025 |
| JONATHAN LIPMAN, | Trial Time: 8:30 a.m. |
| Defendant. | Location: Courtroom of the Hon. Fernando L. Aenlle-Rocha |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Clifford D. Mpare and Daniel H. Weiner, and defendant JONATHAN LIPMAN, by and through his counsel of record, Daniel Perlman and Mark McBride, hereby submit the Exhibit List in the above-captioned case.

//

//

The parties respectfully reserve the right to supplement this exhibit list as needed.

Dated: May 12, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

    /s/
CLIFFORD D. MPARE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May 12, 2025

    /s/ (via e-mail authorization)
DANIEL PERLMAN
MARK MCBRIDE

Attorneys for Defendant
JONATHAN LIPMAN

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| colspan=6 | **Defendant's Recorded Interview** | | | | |
| 1 | Excerpt of September 15, 2023 Interview<br><br>[3:53 – 4:16] | SA Tomes | | | |
| colspan=6 | **Communications Between Defendant and K.R.** | | | | |
| 2-3 | RESERVED | | | | |
| 4 | February 1, 2023, Voicemail from Defendant to E.C. and K.R. | SA Tomes | | | |
| 5 | February 10, 2023, Voicemail from Defendant to E.C. and K.R. | SA Tomes | | | |
| 6 | RESERVED | | | | |
| 7 | Email from approximately 11:44 a.m. on February 1, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 8 | Email from approximately 10:20 a.m. on February 4, 2023, sent by Defendant to K.R. | SA Tomes | | | |

| 9  | Email from approximately 10:23 a.m. on February 4, 2023, sent by Defendant to K.R. | SA Tomes | | | |
|----|---|---|---|---|---|
| 10 | Email from approximately 10:31 a.m. on February 4, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 11 | Email from approximately 10:32 a.m. on February 4, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 12 | Email from approximately 10:34 a.m. on February 4, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 13 | Email from approximately 10:43 a.m. on February 4, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 14 | Email from approximately 3:01 p.m. on March 14, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 15 | Email from approximately 3:02 p.m. on March 14, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 16 | Email from approximately 3:55 p.m. on March 28, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 17 | Email from approximately 3:58 p.m. on March 28, | SA Tomes | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 2023, of email sent by defendant to K.R. | | | |
| 18 | Email from approximately 4:01 p.m. on March 28, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 19 | Email from approximately 9:45 a.m. on July 23, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 20 | Email from approximately 9:47 a.m. on July 23, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 21 | Email from approximately 9:48 a.m. on July 23, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 22 | Email from approximately 9:51 a.m. on July 23, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 23 | Email from approximately 10:10 a.m. on July 23, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 24 | Email from approximately 10:17 a.m. on July 23, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 25 | Email from approximately 10:33 a.m. on July 23, | SA Tomes | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 2023, sent by Defendant to K.R. | | | |
| 26 | Email from approximately 10:41 a.m. on July 23, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 27 | Email from approximately 10:43 a.m. on July 23, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 28 | Email from approximately 11:17 a.m. on July 23, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 29 | Email from approximately 9:25 p.m. on July 23, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 30 | Email from approximately 8:50 a.m. on September 22, 2023, sent by Defendant to K.R. | SA Tomes | | | |
| 31-39 | RESERVED | | | | |

**E-mail and Phone Records**

| | | | | | |
|---|---|---|---|---|---|
| 40 | Google records for jlipman52 | SA Tomes | | | |
| 41 | Google records for jonathanlipmannumber2001 | SA Tomes | | | |
| 42 | Google records for laceyviolatesconstitution | SA Tomes | | | |
| 43 | Google records for ocjudgesarecapitalistliars | SA Tomes | | | |

4

| # | Exhibit | Witness | Objections | | |
|---|---|---|---|---|---|
| 44 | Google records for rentpoetfraud | SA Tomes | | | |
| 45 | Google records business certification | 902(11) Certificate | | | |
| 46 | Verizon records for -2597 | SA Tomes | | | |
| 47 | Verizon records business certification | 902(11) Certificate | | | |
| 48-49 | RESERVED | | | | |
| 50 | Picture of -2597 number on neighbor's phone | SA Tomes | Hearsay, Foundation, Authentication | | |

**Reports**

| | | | | | |
|---|---|---|---|---|---|
| 51 | Lokerson Report | FOR ID ONLY | | | |

**DEFENSE EXHIBITS**

5