FILED
CLERK, U.S. DISTRICT COURT

05/15/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TF___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>JONATHAN LIPMAN,<br>　　　　　　Defendant. | Case No. 2:23-cr-00491-FLA<br><br>**VERDICT FORM** |

1  We, the Jury, unanimously find the defendant JONATHAN LIPMAN (check
2  one):
3  __X__ GUILTY
4  _____ NOT GUILTY
5  of the offense charged in the Indictment, namely stalking of K.R.

8  DATED _May 15th, 2025_ in Los Angeles, California