**D**ANIEL **R. P**ERLMAN (C**AL**. B**AR** N**O**. 236278)
**D**ANIEL **P**ERLMAN **L**AW
3500 W. O**LIVE** A**VENUE**, 3**RD** F**LOOR**
B**URBANK**, CA  90105
P**HONE**: 818-383-6692
D**ANIEL**@D**ANIEL**P**ERLMAN**L**AW**.**COM**

**M**ARK **A. M**C**B**RIDE (C**AL**. B**AR**. N**O**. 226684)
**L**AW **O**FFICES **O**F **M**ARK **M**C**B**RIDE, **P.C.**
**C**ERTIFIED **C**RIMINAL **L**AW **S**PECIALIST (CBLS)
468 N. C**AMDEN** D**RIVE**, S**TE**. 225
B**EVERLY** H**ILLS**, CA  90210
P**HONE**: 310-880-7120
M**C**B**RIDE**L**AW**@G**MAIL**.**COM**

*Attorneys for Defendant*
*JONATHAN LIPMAN*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> V. <br><br> JONATHAN LIPMAN, <br><br> DEFENDANT. | Case No. 2:23-cr-00491-FLA <br><br> **UNDERSIGNED COUNSELS' REQUEST FOR LEAVE OF THE COURT TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT LIPMAN; MEMORANDUM IN SUPPORT; DECLARATION OF DANIEL PERLMAN; [PROPOSED] ORDER** <br><br> Date: July 11, 2025 <br> Time: 10:30 a.m. <br> Place: First Street Courthouse, 350 W. 1st Street, Courtroom 6B, 6th Floor, Los Angeles, California  90012 |

///

///

- 1 -

TO THE COURT AND ASSISTANT UNITED STATES ATTORNEYS CLIFFORD MPARE AND DANIEL WEINER:

    Please be advised that on the 11th day of July, 2025, at 10:30 a.m., at the above-captioned place, undersigned counsel will seek leave of the Honorable Court to withdraw as Defendant Jonathan Lipman's attorneys of record. The basis of the conflict is that an irreconcilable conflict of interest has arisen between Mr. Lipman and both defense counsel such that the latter can no longer effectively represent their client.

    These responses are based on all the files and records in this case, the attached memorandum of points and authorities; and upon such other evidence as may be considered by this Court at any time prior to or during the hearing on this matter.

DATED: June 15, 2025    Respectfully submitted,

DANIEL PERLMAN LAW

_____/S/_____
Daniel Perlman
Mark McBride
Attorneys for Defendant Jonathan Lipman

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 83-2.3, Federal Rule of Criminal Procedure 44, and California Rule of Professional Conduct 1.16, both undersigned counsel for Defendant Jonathan Lipman respectfully requests leave to withdraw as attorney of record due to an irreconcilable conflict of interest that prevents effective representation between counsel and client. As just one example of this conflict, Defendant Lipman himself filed, of his own accord, a "Brief regarding prosecutorial misconduct, misdiagnosis of autism, and Ineffective assistance of counsel" (see Dckt. 193), this despite being represented.

As detailed in the attached Declaration of Daniel Perlman, an irreconcilable conflict has arisen between defense counsel and Mr. Lipman, rendering continued representation impossible. This conflict necessitates withdrawal to ensure Mr. Lipman's right to effective counsel under the Sixth Amendment. *See United States v. Moore*, 159 F.3d 1154, 1158 (9th Cir. 1998)).

If the Court seeks further clarification, counsel requests an *in camera* hearing, outside the presence of the assigned federal prosecutors and the public, to discuss the basis for withdrawal. Counsel further requests that the transcript of said hearing be sealed to protect Mr. Lipman's interests and attorney-client privileged information.

Counsel has notified Mr. Lipman in writing of their intent to withdraw, advised him to secure new counsel, and provided a copy of this motion, per Local Rule 83-2.3. No imminent deadlines will be disrupted; sentencing is presently scheduled for October 3, 2025.

Counsel requests that the Court grant leave to withdraw, appoint substitute counsel (e.g., via the Criminal Justice Act panel), schedule an *in camera* hearing if necessary, and order the transcript of said upcoming hearing sealed.

DATED: June 15, 2025

Respectfully submitted,

DANIEL PERLMAN LAW

_____/s/_____
Daniel Perlman
Mark McBride
Attorneys for Defendant Jonathan Lipman

# DECLARATION OF DANIEL PERLMAN

I, Daniel Perlman, declare as follows:

I am an attorney licensed to practice in the State of California and admitted to the Bar of this Court. I have served as counsel of record for Defendant Jonathan Lipman in the above-captioned case since November 7, 2024. Mark McBride, SBN 226684, has served as co-counsel for Mr. Lipman.

As an officer of the Court, I can represent that an irreconcilable conflict of interest has arisen between both undersigned defense counsel and Mr. Lipman such that neither Mr. McBride nor I can effectively represent him.  As just one example of this conflict, Defendant Lipman himself filed, of his own accord, a "Brief regarding prosecutorial misconduct, misdiagnosis of autism, and Ineffective assistance of counsel" (see Dckt. 193), this despite being represented.

If the Court seeks further clarification on this matter, I would be happy to disclose additional details in an *in camera* hearing, outside the presence of the assigned federal prosecutors and any members of the public. I respectfully request that the transcript of said hearing be ordered sealed to protect Mr. Lipman's interests and attorney-client privileged communications.

I have notified Mr. Lipman in writing of my intent to withdraw, advised him to secure new counsel, and provided him with a copy of the motion to withdraw, in compliance with Local Rule 83-2.3.

Both Mr. McBride and I have our files organized and ready to be transferred to any successor counsel

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct this 15th day of June, 2025, at Los Angeles, California.

_____/s/_____
Daniel Perlman
Attorney at Law

- 4 -

UNDERSIGNED COUNSELS' REQUEST FOR LEAVE OF THE COURTTO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT LIPMAN; MEMORANDUM IN SUPPORT; DECLARATION OF DANIEL PERLMAN; [PROPOSED] ORDER