DANIEL R. PERLMAN (CAL. BAR NO. 236278)
DANIEL PERLMAN LAW
3500 W. OLIVE AVENUE, 3RD FLOOR
BURBANK, CA  90105
PHONE: 818-383-6692

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. JONATHAN LIPMAN, DEFENDANT(S). | CASE NUMBER: No. 2:23-CR-00491-FLA <br><br> **NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Ex Parte Application and Proposed Order to Seal Documents; Under Seal Pleading

**Reason:**
[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

July 2, 2025
Date

DANIEL R. PERLMAN
Attorney Name
JONATHAN LIPMAN
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING