# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | | |
|---|---|---|---|
| Case No.: | 2:23-CR-00491-FLA-1 | Date: | October 3, 2025 |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |
|---|---|
| Interpreter: | N/A |

| Dominique Carr | Maria Bustillos | Daniel H. Weiner / Clifford D. Mpare, Jr. |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jonathan Lipman | √ | √ | | Katherine McBroom, CJA | √ | √ | |

**Proceedings:**   **SENTENCING (NON-EVIDENTIARY)**

The matter is called for hearing. Also present is Supervisory United States Probation and Pretrial Services Officer Jennifer Stanley.

Proposed Conditions of Supervised Release provided to counsel in open court before commencement of hearing.

Refer to separate Judgment Order.

Defendant is informed of right to appeal.


CC: BOP, USM, USPO

|  | 3 : 29 |
|---|---|
| | Initials of Deputy Clerk    DC |